| Attorney or Party without Attorney:<br>Edward S. Zusman (CSB# 154366)<br>MARKUN ZUSMAN & COMPTON LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>Attorney for: Plaintiff | Telephone<br>(415) 438-4515 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California – San Jose Division | | |
| Short Case Title: The Missing Link, Inc. d/b/a/ Bath Plus Inc., et al v. EBAY, Inc. | | |
| PROOF OF SERVICE | | Case Number: C 07 4487 PVT |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: EBAY, Inc.
   b. Person Served: Dena LaPorte, Agent, Authorized to Accept Service

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: September 10, 2007
   (2) TIME: 12:34pm
   (3) ADDRESS: National Registered Agents, Inc.
              2030 Main Street, Suite 1030
              Irvine, CA 92614

4. Witness fees were not demanded or paid.

                                                                Fee for Service: $150.00

Person Serving: Ray DePerine
Registered California Process Server
County: Orange   Registration #: 1898

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: September 10, 2007   Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California – San Jose Division
Case No. C 07 4487 PVT

1. SUMMONS IN A CIVIL CASE;
2. COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
8. STANDING ORDER FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION RE: CASE MANAGEMENT IN CIVIL CASES;
9. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;
10. STANDING ORDERS FOR UNITED STATES MAGISTRATE JUDGE PATRICIA V. TRUMBULL;
11. ECF REGISTRATION INFORMATION HANDOUT;
12. ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKAGE;
13. UNITED STATES DISTRICT COURT FILING GUIDELINES;
14. PUBLIC NOTICE RE: UNITED STATES MAGISTRATE JUDGE WAYNE D. BRAZIL