COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EBAY, INC.,<br><br>        Defendant. | Case No.  C 07 4487 PVT<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(b)**<br><br>Magistrate Judge: Hon. Patricia V. Trumbull |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
C 07 4487 PVT

Pursuant to L.R. 6-1(b), eBay, Inc. ("eBay") and the Missing Link, Inc., d/b/a Bath Plus Inc. ("Plaintiff"), stipulate as follows:

Whereas the complaint in the above-entitled action was filed on August 29, 2007;

Whereas Plaintiff has agreed to extend the time for eBay to respond to the complaint;

Now, therefore, Plaintiff and eBay stipulate as follows:

1. eBay shall have up to and including November 1, 2007, to answer or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

Dated: September 17, 2007

MARKUN ZUSMAN & COMPTON LLP
DAVID S. MARKUN (108067)
EDWARD S. ZUSMAN (154366)
KEVIN K. ENG (209036)

By: /s/ Kevin K. Eng
KEVIN K. ENG

Attorneys for Plaintiff

Dated: September 17, 2007

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)

By: /s/ Heather C. Meservy
HEATHER C. MESERVY

Attorneys for Defendant

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
C 07 4487 PVT

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, I electronically filed the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO L.R. 6-1(b)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 17th day of September, 2007 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA 90272

Han Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL 60610

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI 53703

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY 10013

_Kendra Jones_  
Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: kjones@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT
C 07 4487 PVT