Clerk's Use Only

Initial for fee pd.:

Ilan Chorowsky
CHOROWSKY LAW OFFICES
1130 N. Dearborn Street, Suite 3110
Chicago, IL 60610
Tel: (312) 643-5893, Fax: (312) 643-5894

FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

EBAY, INC.,

    Defendant(s).

CASE NO. C 07 4487 PVT

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Ilan Chorowsky, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff The Missing Link, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Kevin K. Eng; Markun Zusman & Compton LLP
465 California Street, Suite 500, San Francisco, CA 94114; 415-438-4515

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/6/07 Nov. 6, 2007