1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA  92121
4  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
5
   Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EBAY, INC.,<br><br>　　　　　　　Defendant. | Case No.  C 07 4487 PVT<br><br>**[PROPOSED] ORDER GRANTING EBAY'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>Date:　　　　　　January 29, 2008<br>Time:　　　　　　10:00 a.m.<br>Magistrate Judge:　Patricia V. Trumbull<br>Trial Date:　　　　Not yet set |

**THIS MATTER**, having come before the Court on Defendant eBay's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), filed November 15, 2007, and the Court having considered all papers and pleadings submitted by the parties, and the oral arguments of counsel made at the hearing,

**IT IS HEREBY ORDERED** that eBay's motion to dismiss shall be **GRANTED** and Plaintiff's Complaint shall be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER GRANTING EBAY'S MOTION
TO DISMISS
C 07 4487 PVT

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING EBAY'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email: keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email: ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 15th day of November, 2007 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA 90272

Ilan Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL 60610

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI 53703

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY 10013

_/s/ Kendra Jones_  
Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: kjones@cooley.com