COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br><br>Defendant. | Case No.  C 07 4487 PVT<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>Date:             January 29, 2008<br>Time:             10:00 a.m.<br>Magistrate Judge: Patricia V. Trumbull<br>Trial Date:       Not yet set |

I.     DOCUMENTS TO BE JUDICIALLY NOTICED

Pursuant to Federal Rule of Evidence 201(b), defendant eBay Inc. ("eBay") hereby requests that the Court take judicial notice of the documents listed below in connection with eBay's Motion to Dismiss:

    A.    eBay's User Agreement effective July 9, 2007, referred to in paragraph 17 of Plaintiff's Complaint, and available at http://pages.ebay.com/help/policies/user-agreement.html, a true and correct copy of which is attached as Exhibit A to the Declaration of Heather C. Meservy In Support of eBay's Request for Judicial Notice ("Meservy Declaration") filed herewith.

    B.    eBay's "Creating a Listing" help page, available at

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

REQUEST FOR JUDICIAL NOTICE
C 07 4487 PVT

1   http://pages.ebay.com/help/sell/listing_ov.html, a true and correct copy of which is
2   attached as Exhibit B to the Meservy Declaration filed herewith.

3   C.  eBay's "Selecting a Listing Duration" help page, available at
4       http://pages.ebay.com/help/sell/duration.html, a true and correct copy of which is
5       attached as Exhibit C to the Meservy Declaration filed herewith.

6   D.  eBay's "eBay.com Fees" help page, available at
7       http://pages.ebay.com/help/sell/fees.html, a true and correct copy of which is
8       attached as Exhibit D to the Meservy Declaration filed herewith.

9   E.  eBay's "The item I listed for sale isn't showing up when I search for it. How can I
10      find it?" help page, available at http://pages.ebay.com/help/find/questions/wheres-
11      my-item.html, a true and correct copy of which is attached as Exhibit E to the
12      Meservy Declaration filed herewith.

13  F.  eBay's "eBay Stores Fees" help page, available at
14      http://pages.ebay.com/help/sell/storefees.html, a true and correct copy of which is
15      attached as Exhibit F to the Meservy Declaration filed herewith.

16  G.  eBay's "Finding Your Listing" help page, available at
17      http://pages.ebay.com/help/sell/find_listing.html, a true and correct copy of which is
18      attached as Exhibit G to the Meservy Declaration filed herewith.

19  H.  eBay's "eBay Stores Fees," printed October 29, 2007, formerly found at
20      http://pages.ebay.com/help/sell/storefees.html, a true and correct copy of which is
21      attached as Exhibit H to the Meservy Declaration filed herewith. This page is
22      currently available at http://web.archive.org/web/20060601052252/http://
23      pages.ebay.com/help/sell/storefees.html.

24  I.  eBay's User Agreement effective May 25, 2003, referred to in paragraph 17 of
25      Plaintiff's Complaint and formerly found at http://pages.ebay.com/help/policies/user-
26      agreement.html, a true and correct copy of which is attached as Exhibit I to the
27      Meservy Declaration filed herewith.

28  J.  eBay's User Agreement effective February 1, 2006, referred to in paragraph 17 of

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

REQUEST FOR JUDICIAL NOTICE
C 07 4487 PVT

1    Plaintiff's Complaint and formerly found at http://pages.ebay.com/help/policies/user-
2    agreement.html, a true and correct copy of which is attached as Exhibit J to the
3    Meservy Declaration filed herewith.

    K.    eBay's "Sell Your Item" form, referenced in paragraph 22 of Plaintiff's Complaint, a true and correct copy of which is attached as Exhibit K to the Meservy Declaration filed herewith.

    L.    The Complaint filed in the *Butler v. eBay* Inc. action, United States District Court for the Northern District of California Case No. 06-02704 JW (hereinafter, "*Butler*") (filed April 20, 2006), a true and correct copy of which is attached as Exhibit L to the Meservy Declaration filed herewith.

    M.    The Joint Stipulation of Dismissal and Order Thereon, filed February 22, 2007, in *Butler,* a true and correct copy of which is attached as Exhibit M to the Meservy Declaration filed herewith.

## II. ARGUMENT

This Court may consider facts subject to judicial notice in connection with a party's motion to dismiss. *See, e.g.*, *MGIC Indem. Corp. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986) (on a motion to dismiss, court may take judicial notice of matters of public record outside the pleadings). "[D]ocuments whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) *overruled on other grounds by Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002).

Judicial notice is appropriate for facts "not subject to reasonable dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Federal Rule Evidence 201(d), "[a] court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). All of the items for which eBay requests judicial notice are "not subject to reasonable

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

REQUEST FOR JUDICIAL NOTICE
C 07 4487 PVT

dispute" that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b).

Judicial notice of eBay's current and prior User Agreements, help pages, and Sell Your Item form (Meservy Decl. Exhs. A – K) is appropriate because the User Agreements, help pages, and Sell Your Item form are referenced in Plaintiff's Complaint. *See* Complaint ¶¶ 17, 22, 33, 46-47. Thus, they may be considered in ruling on a Rule 12(b)(6) motion to dismiss. *Branch*, 14 F.3d at 454. Moreover, judicial notice of these documents is appropriate for the additional reason that they are readily available on the Internet. *See Caldwell v. Caldwell*, 420 F. Supp. 2d 1102, 1105 n.3 (N.D. Cal. 2006); *Twentieth Century Fox Film Corp. v. Marvel Enterprises, Inc.*, 220 F. Supp. 2d 289, 296 n.9 (S.D.N.Y. 2002); *Richards v. Cable News Network, Inc.,* 15 F. Supp. 2d 683, 691 (E.D. Pa. 1998) (all taking judicial notice of web pages).[1]

Judicial notice is appropriate for the complaint and dismissal order in *Butler* (Meservy Decl. Exhs. L – M) because they are official court records. *See MGIC Indem. Co. v. Weisman,* 803 F.2d 500, 504 (9th Cir. 1986)*; United States v. Wilson,* 631 F.2d 118, 119 (9th Cir. 1980) (each taking judicial notice of court records).

//
//
//
//
//
//
//

---

[1] eBay's prior User Agreements, effective May 25, 2003 and February 1, 2006, respectively, were readily available on the Internet when they were effective. The prior User Agreements are judicially noticeable for the additional reason that they are part of the public record of prior eBay actions. The February 2006 User Agreement, for example, was eBay's Exhibit A in support of eBay's Motion to Dismiss the *Butler* action, filed June 7, 2006 in *Butler*. The May 2003 User Agreement was eBay's Exhibit A in support of eBay's Motion to Dismiss, filed September 8, 2005, in *MediterraneanCoins GmbH et al v. eBay Inc. et al*, United States District Court for the Northern District of California Case No. 05-3533 JF. *Mullis,* 828 F.2d at 1388 n.9 (taking judicial notice, over objection, of pleadings, orders and other papers on file in another case).

### III. CONCLUSION

All the items of which eBay requests judicial notice are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *See* Fed. R. Evid. 201(b). For these reasons, eBay respectfully requests that the Court grant its request and take judicial notice of the items enumerated herein.

Dated: November 15, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　COOLEY GODWARD KRONISH LLP
　　　　　　　　　　　　　　　　　　　MICHAEL G. RHODES (116127)
　　　　　　　　　　　　　　　　　　　HEATHER C. MESERVY (223782)
　　　　　　　　　　　　　　　　　　　JOSEPH S. LEVENTHAL (221043)


　　　　　　　　　　　　　　　　　　　 /s/Heather C. Meservy
　　　　　　　　　　　　　　　　　　　Heather C. Meservy (223782)
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant eBay Inc.
　　　　　　　　　　　　　　　　　　　Email: hmeservy@cooley.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing **REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng
Markun Zusman & Compton LLP
465 California Street
Suite 500
San Francisco, CA 94104

email:
keng@mzclaw.com

Edward Scott Zusman
Markun Zusman & Compton LLP
465 California Street
Suite 500
San Francisco, CA 94104

email:
ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 15th day of November, 2007 to the following listed addresses.

David S. Markun
Markun Zusman & Compton LLP
17383 West Sunset Boulevard
Suite A-380
Pacific Palisades, CA 90272

Ilan Chorowsky
Chorowsky Law Offices
Progressive Law Group LLC
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610

Frank Jablonski
Noah Golden-Krasner
Progressive Law Group LLC
354 W. Main Street
Madison, WI 53703

Noah Shube
The Law Offices of Noah Shube
434 Broadway
6th Floor
New York, NY 10013

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

6.

REQUEST FOR JUDICIAL NOTICE
C 07 4487 PVT