COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>EBAY, INC.,<br><br>          Defendant. | Case No.  C 07 4487 PVT<br><br>**DECLARATION OF HEATHER C. MESERVY IN SUPPORT OF DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:              January 29, 2008<br>Time:              10:00 a.m.<br>Magistrate Judge: Patricia V. Trumbull<br>Trial Date:        Not yet set |

I, Heather C. Meservy, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am an associate with the firm of Cooley Godward LLP, counsel of record for Defendant eBay, Inc. ("eBay") in this action.  I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A and incorporated by reference as though set forth in full is a true and correct copy of eBay's User Agreement effective July 9, 2007, and referred to in paragraph 17 of Plaintiff's Complaint.  The current User Agreement is available at http://pages.ebay.com/help/policies/user-agreement.html.

3.      Attached hereto as Exhibit B and incorporated by reference as though set forth in

full is a true and correct copy of eBay's "Creating a Listing" help page. This document is available at http://pages.ebay.com/help/sell/listing_ov.html.

4. Attached hereto as Exhibit C and incorporated by reference as though set forth in full is a true and correct copy of eBay's "Selecting a Listing Duration" help page. This document is available at http://pages.ebay.com/help/sell/duration.html.

5. Attached hereto as Exhibit D and incorporated by reference as though set forth in full is a true and correct copy of eBay's "eBay.com Fees" help page. This document is available at http://pages.ebay.com/help/sell/fees.html.

6. Attached hereto as Exhibit E and incorporated by reference as though set forth in full is a true and correct copy of eBay's "The item I listed for sale isn't showing up when I search for it. How can I find it?" help page. This document is available at http://pages.ebay.com/help/find/questions/wheres-my-item.html.

7. Attached hereto as Exhibit F and incorporated by reference as though set forth in full is a true and correct copy of eBay's "eBay Stores Fees" help page. This document is available at http://pages.ebay.com/help/sell/storefees.html.

8. Attached hereto as Exhibit G and incorporated by reference as though set forth in full is a true and correct copy of eBay's "Finding Your Listing" help page. This document is available at http://pages.ebay.com/help/sell/find_listing.html.

9. Attached hereto as Exhibit H and incorporated by reference as though set forth in full is a true and correct copy of eBay's "eBay Stores Fees," printed October 29, 2007, formerly found at http://pages.ebay.com/help/sell/storefees.html. This page is currently available at http://web.archive.org/web/20060601052252/http:// pages.ebay.com/help/sell/storefees.html.

10. Attached hereto as Exhibit I and incorporated by reference as though set forth in full is a true and correct copy of eBay's User Agreement effective May 25, 2003, referred to in paragraph 17 of Plaintiff's Complaint and formerly found at http://pages.ebay.com/help/policies/user-agreement.html. The May 2003 User Agreement was eBay's Exhibit A in support of eBay's Motion to Dismiss, filed September 8, 2005, in *MediterraneanCoins GmbH et al v. eBay Inc. et al*, United States District Court for the Northern

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

MESERVY DECLARATION
C 07 4487 PVT

1  District of California Case No. 05-3533 JF.

2  11. Attached hereto as Exhibit J and incorporated by reference as though set forth in full is a true and correct copy of eBay's User Agreement effective February 1, 2006, referred to in paragraph 17 of Plaintiff's Complaint and formerly found at http://pages.ebay.com/help/policies/user-agreement.html. The February 2006 User Agreement was eBay's Exhibit A in support of eBay's Motion to Dismiss, filed June 7, 2006, in *Butler v. eBay* Inc. action, United States District Court for the Northern District of California Case No. 06-02704 JW.

12. Attached hereto as Exhibit K and incorporated by reference as though set forth in full is a true and correct copy of eBay's "Sell Your Item" form, referenced in paragraph 22 of Plaintiff's Complaint. On November 1, 2007, in order to view the process a seller would go through to sell a hypothetical "Curved Shower Rod" such as the one allegedly sold by Plaintiff, *see* Complaint paragraph 33, I visited www.eBay.com and clicked on "Sell" in the upper right hand corner. I was redirected to eBay's "Sell Your Item" form at http://cgi5.ebay.com/ws/eBayISAPI.dll?SellHub3Visitor&_trksid=m37. A true a correct copy of that page is attached as Exhibit K, pages 2 and 3, and incorporated by reference as though set forth in full. In the box entitled "List Your Item For Sale" I typed "Curved Shower Rod," then selected "List with all options (recommended for experienced sellers)," and then clicked on "Start Selling." *See* Complaint paragraph 33. The website then prompted me to login to my eBay account. After logging into my eBay account, I was redirected to a webpage entitled "Select A Category" which suggested several categories in which to list my hypothetical "Curved Shower Rod." A true and correct copy of that webpage is attached as Exhibit K, page 4, and incorporated by reference as though set forth in full. I clicked on the first suggested category, "Other Bath Items" and then clicked on "Continue" at the bottom of the page. I was redirected to a page entitled "Create Your Listing." A true and correct copy of that webpage is attached as Exhibit K, pages 5 through 10 and incorporated by reference as though set forth in full, . In the required fields "Title" and "Describe the item you're selling," I typed "Curved Shower Rod." In the required field "Starting Price," I typed "$0.01." Then at the bottom of the screen, I clicked

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

MESERVY DECLARATION
C 07 4487 PVT

1  "Continue." I was redirected to a page entitled "Review your listing." A true and correct copy of that webpage is attached as Exhibit K, pages 11 through 14, . and incorporated by reference as though set forth in full

2  13. Attached hereto as Exhibit L and incorporated by reference as though set forth in full is a true and correct copy of the complaint filed in the *Butler v. eBay Inc*. action, United States District Court for the Northern District of California Case No. 06-02704 JW (hereinafter, "*Butler*") (filed April 20, 2006).

3  14. Attached hereto as Exhibit M and incorporated by reference as though set forth in full is a true and correct copy of the Joint Stipulation of Dismissal and Order Thereon, filed February 22, 2007, in *Butler*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of November 2007 at San Diego, California.

          /s/  Heather C. Meservy
               Heather C. Meservy

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

MESERVY DECLARATION
C 07 4487 PVT

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing **DECLARATION OF HEATHER C. MESERVY IN SUPPORT OF DEFENDANT EBAY INC.'S REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA  94104  

email: keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA  94104  

email: ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 15th day of November, 2007 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA  90272  

Ilan Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL  60610  

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI  53703  

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY  10013  

*/s/ Kendra Jones*  
Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA  92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email:  kjones@cooley.com