# EXHIBIT B

Case 5:07-cv-04487-RMW   Document 13-3   Filed 11/15/2007   Page 1 of 3

## Creating a Listing

To list your item on eBay, you need to provide information about your item. Information in a typical listing includes a title, description, price, payment method, shipping costs, and picture. eBay's Sell Your Item form guides you through the steps to create and submit an item listing. If you are new to selling on eBay, see Selling – Getting Started.

**To create a listing:**

1. Go to eBay's Sell Your Item form by clicking the **Sell** button at the top of any eBay page.
2. Complete the Sell Your Item form.
   You will be asked to:
   - Select a category – To find an appropriate category for your item, enter keywords into the search box labeled "List your item for sale" and then click the **Start selling** button.
   - Write a good title and description – Buyers usually find listings based on their titles, so be sure to write a good one for your listing. Creating descriptions that are clear, complete, and descriptive will help you sell your item.
   - Enter Item Specifics – Providing additional item details within a category helps buyers find your item. Not all categories have Item Specifics.
   - Upload pictures – Including good quality, evenly lit pictures of your item can help sell your item. You can add and enhance pictures using eBay Picture Hosting.
   - Select a listing format – Understanding the different types of auction and fixed price formats and their pricing options helps you become an efficient seller.
   - Select a price – This includes deciding on a starting price and pricing options such as reserve price and Buy It Now to help you get the price you want for your item.
   - Select a listing duration – You can have your listing last from 1 to 10 days. Most auction listings last 7 days.
   - Provide payment information – Choose the payment methods you'll accept from buyers. PayPal is a fast, easy, and secure way to accept credit card or checking account payments on eBay. To keep eBay a safe place for both buyers and sellers, sellers who register after January 17, 2007 are required to offer either PayPal or a merchant account credit card as an accepted payment method.
   - Provide shipping information – Specify the locations you will ship to. You can decide the cost and which services to use or have eBay help you calculate shipping costs based on the buyers location.
   - Specify your return policy – Buyers are more comfortable shopping from sellers who offer return policies.
   - Select listing upgrades – Listing upgrades such as bold, highlight and border can help you promote your item.
   
   **Tip:** You are required to provide only the title, description, and price. However, providing pictures, details about payment options, shipping, and your return policy will reduce the time you spend answering questions from buyers.
3. Review your listing. You will see a preview of your listing page. If you see something that needs to be changed, click the "Edit listing" link.
4. (Optional) To create a template from the listing, select the "Save this listing as a template and use it to sell similar items" check box.
5. Click the **List Your Item** button to list your item on eBay.

**Note:** If you start to create a new listing in the Sell Your Item form but aren't able to finish it, eBay will save it as a draft so that you can complete it later. To finish your draft listing, click **Sell** at the top of most eBay pages, and then click the item title link.

**Related Help topics**

- eBay.com Fees
- Scheduling Your Listing
- About Managing Your Listing

**Contact Customer Support**

✉ If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.