# EXHIBIT C

## Selecting a Listing Duration

When you list your item, you can choose a 1, 3, 5, 7 or 10 day listing. When selecting your listing duration, you should consider the following:

- Fees and limitations, including the ability to change your listing duration
- Market considerations (Your buyers, time dependencies, and selling volume)
- Time dependencies
- Your selling volume
- Listing times

You are also able to list items on eBay at a starting day and time you choose -- up to 3 weeks in advance. You can create your listings at your convenience and control the time they start and end.

**Fees and Limitations**

- For a 10-day listing, there is an extra charge. All other durations are not subject to this additional charge.
  **Note:** For eBay Motors Vehicle categories, the 10-day duration is not usually recommended.
- For a 1-day listing you must have either:
  - A feedback score of 10.
  - A feedback score of 5, and have a PayPal account and accept PayPal as a payment method.

**Notes:** If your account does not meet these requirements, you will not see the 1-day option when listing your item.

- **Extending the duration of a listing** - You are not permitted to extend the duration of a listing if two or more hours have passed since the listing was submitted.

**Market considerations:**

- **Your buyers** - Many buyers watch items for a while and think about them before placing a bid or using Buy It Now, so a longer duration may be to your advantage.
- **Time dependencies** - If your item is related to a certain event, for example a ticket for a concert or a holiday gift, you should make sure your listing ends in time to allow time for you to ship the item to the buyer before the holiday or event takes place.
- **Your selling volume** - If you're a high volume seller and are listing a lot of identical items, consider a 1-day listing. With 1-day listings, you can offer more listings for identical items per week than with any other auction-format listing duration. Currently eBay allows you to list only 15 identical items simultaneously. If you are a high volume seller, the 1-day listing format lets you offer up to 105 listings for identical items per week, compared to only 30 per week with the 3-day listing format.

**Listing Times**

- **Start Times** - When you list an item using the Sell Your Item form, the listing is created immediately, unless you have used the scheduled listing option to start it at a later time.

  **Note:** eBay cannot guarantee exact listing durations because there are times when your listing may not immediately be searchable when using a keyword or category search, until several hours after you have created it. You can always find your listing by item number or through My eBay.

- **End Times** - Listings end in whole-day increments from the listing's start time. For example, if you submit your auction listing at 1:14 p.m. Sunday, and select a listing duration of 3 days, your item will end at exactly 1:14 p.m. on Wednesday.

  **Note:** Fixed Price listings and auctions with the Buy it Now option end immediately when a buyer agrees to purchase the item.

- **Time Zones** - Listing times on the U.S. eBay site correspond to the local time in California. PDT is Pacific Daylight Time and PST is Pacific Standard Time. Pacific Time is three hours earlier than U.S. Eastern Time. For example, if it is 3:00 p.m. Pacific Time (in San Jose), it is 6:00 p.m. Eastern Time (in New York).

To see eBay's official time right now and a U.S. time zone map, click the "eBay official time" link at the bottom-left corner of this page.

**Daylight Saving Time (DST)**

# Selecting a Listing Duration

Daylight Saving Time (DST), involves moving clocks forward one hour in the Spring (currently on the second Sunday in March) and moving clocks back one hour in the Fall (currently on the last Sunday in October). When you list items on eBay during these time changes, it may appear that you lose an hour in March or gain an hour in October on your listing. This is because eBay listing durations are always in whole-day increments.

For example, on the Saturday of DST in October, you list an item in Auction-like format for a 1-day duration at 12:00 p.m. Your listing will end at 11:00 a.m. on Sunday. If you schedule your listings to end at specific times, please take into consideration Daylight Saving Time. We recommend that you do not schedule your listing to end at 2:00 a.m. on the day (in Spring or Fall) with a time change.

**Related Help topics**

- Revising Your Listing
- Scheduling Your Listings

**Contact Customer Support**

 If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.

