# EXHIBIT D

eBay.com Fees

Home > Help Topics > Selling > Listing Your Item > Fees > eBay.com Fees

## eBay.com Fees

View Fees for: **eBay.com** | eBay Motors | eBay Stores | Classified Ad | Real Estate | PayPal

### Basic fees

When you list an item on eBay, you're charged an Insertion Fee. If the item sells, you are also charged a Final Value Fee. The total cost of selling an item is the Insertion Fee plus the Final Value Fee.

| Insertion Fees | |
|---|---|
| **Starting or Reserve Price** | **Insertion Fee** |
| $0.01 - $0.99 | **$0.20** |
| $1.00 - $9.99 | **$0.40** |
| $10.00 - $24.99 | **$0.60** |
| $25.00 - $49.99 | **$1.20** |
| $50.00 - $199.99 | **$2.40** |
| $200.00 - $499.99 | **$3.60** |
| $500.00 or more | **$4.80** |

| Final Value Fees | |
|---|---|
| **Closing Price** | **Final Value Fee** |
| Item not sold | **No Fee** |
| $0.01 - $25.00 | **5.25%** of the closing value |
| $25.01 - $1,000.00 | **5.25%** of the initial $25.00 ($1.31), **plus 3.25%** of the remaining closing value balance ($25.01 to $1,000.00) |
| Equal to or Over $1000.01 | **5.25%** of the initial $25.00 ($1.31), **plus 3.25%** of the initial $25.01 - $1,000.00 ($31.69), **plus 1.50%** of the remaining closing value balance ($1000.01 - closing value) |

The Insertion Fee for **Multiple Item Auction (Dutch Auction) and Fixed Price** listings is based upon the opening value of your items. The opening value is the starting or the fixed item price multiplied by the quantity of your items. The maximum Insertion Fee for any Multiple Item Listing is $4.80.

The Final Value Fee for a **Multiple Item Auction** is determined by taking the Final Value Fee of the lowest successful bid and multiplying it by the number of items sold. The Final Value Fee for a **Multiple Item Fixed Price** listing is calculated per item sold, based on the final sale price of the item.

Select **Business & Industrial\*** capital equipment categories have the following fees:

| Business & Industrial Capital Equipment Category Specific Fees | |
|---|---|
| Insertion Fees | **$20.00** |
| Reserve Fees | **$5.00** |
| Final Value Fees | **1.00% of the closing value (maximum charge $250.00)** |

\* Includes the following capital equipment categories and the related subcategories: Agriculture & Forestry > Tractors & Farm Machinery; Construction > Heavy Equipment, Trailers; Food Service & Retail > Concession Trailers & Carts; Healthcare, Lab & Life Science > Imaging & Aesthetics Equipment; Industrial Supply, MRO > Fork Lifts & Other Lifts; Manufacturing & Metalworking > Manufacturing Equipment; Manufacturing & Metalworking > Metalworking Equipment; Office, Printing & Shipping > Commercial Printing Presses. View the entire Business & Industrial Category Structure.

**Note:** Reserve Fees are additional. For more information, see the Reserve Fees table.

### Optional feature fees

You can add optional features to help increase bid activity and your chances for a successful sale.

**Reserve Fees (fully refunded if item sells):**                                    Show

**Buy It Now Fees in US$**                                                          Show

**Listing Upgrade Fees**                                                           Show

**eBay Picture Hosting Fees**                                                      Show

**Seller Tool Fees**                                                               Show

**Other questions you may have**
- How do I pay my eBay fees?
- How does the free relist policy work?
- What if my item ended without a winning buyer?
- What if my item sold and the winner didn't pay for it?
- Paying your eBay Seller's Fees
- Invoicing Procedures and Payments

**A note about eBay fees**
- In the event your seller account is suspended for any reason, any amounts due on your seller account will immediately become due and payable. eBay reserves the right to charge any amounts you have not previously disputed to the billing method that you are using.
- Fees pay for the right to sell on eBay. There are times when your listing may not immediately appear when using a keyword or category search until several hours after you have created it. Therefore, eBay cannot guarantee exact listing durations. Sellers do not purchase exclusive rights to Web pages on eBay. eBay may, in our sole discretion, and without your consent or payment to you, place third-party advertisements on any Web page within our site.
- Insertion Fees and optional feature fees are charged at the time of listing and are non-refundable.
- You can view your recent account activity for the last four months by viewing your Account Status page.

**Contact Customer Support**
✉ If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.


Troubleshooting Guide: Find Answers Fast