# EXHIBIT E

The item I listed for sale isn't showing up when I search for it. How can I find it?
Case 5:07-cv-04487-RMW    Document 13-6    Filed 11/15/2007    Page 2 of 3

Home > Help Topics > Finding > The item I listed for sale isn't showing up when I search for it. How can I find it?

## The item I listed for sale isn't showing up when I search for it. How can I find it?

Your listing may not be immediately searchable when using a keyword search or category search, until several hours after you've created it. eBay can't guarantee exact listing durations in search results if you've listed or re-listed an item in the past few hours, or changed its title. You can always find your listing by item number or through My eBay.

Although your listings will generally be searchable within 24 hours, for Trust and Safety reasons, there are times when this may take longer.

**Finding your listing through browse**
Depending on the options you selected when listing your item, your listing may display in several places at the same time. To quickly identify all of the places where a potential bidder may see your item when browsing, use the Search: By Item Number feature.

**To find your listing by item number:**
1. Type your item number into the Search: By Item Number form.
2. Select the Find item listing or Find location of item option.
3. Click the **Search** button. All the locations of where your listing appears are displayed.

**Note:** If you do not know you item number, you can find your item number in:
- Your listing's confirmation email.
- On your My eBay page.
- On the upper right-hand corner of the View Item Page.

## Still can't find your item?

If you've listed or re-listed an item in the past few hours, or you've changed the title of an item, it may take several hours for your item to appear in a keyword or category search, as the system is updated several times each day.

If it has been more than 24 hours, and you still can't find your item through keyword or category searches, try the following:

- Check the title of your item for any special characters (for example, *, !, /, @) that are located next to important words. The search tool may overlook words that contain these characters.
- Ensure that you haven't accidentally run two words together. For example, you may have entered your title as **BeatlesPoster** rather than **Beatles Poster**. If you find that you made an error in your title, you can revise your item. To revise your item, go to **My eBay**, click the **Selling** tab, go to **Selling** Related Links, and click **Revise my item**.
- Check to make sure you are searching for words that are actually in your title and/or description. Searching on the words **DVD Player** will not return your item if you haven't used the words **DVD** and **Player** in your item's title and/or description.
- In some cases, items that are not allowed on certain eBay international sites or that violate our rules will not appear in Search. Check eBay's Offensive Items Policy if you feel that this may apply to your item.
- Try searching by seller.

**Note:** Items in Stores Inventory format do not appear in the main eBay search and category listings; however, they will appear in Store searches and Stores categories.

**Related Help topics**
- Finding Your Listing
- Managing Your Item: Overview

**Contact Customer Support**

✉   If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.

The item I listed for sale isn't showing up when I search for it. How can I find it?

Troubleshooting Guide: Find Answers Fast