# EXHIBIT G

## Finding Your Listing

You can find your listing by:

- Using My eBay
- Using eBay search
- Searching by Item Number
- Using eBay's Feedback system (to locate listings that are 60–90 days old)

**To find your listing using My eBay:**

1. Click the **My eBay** button at the top of any eBay page.
2. Login to eBay with your User ID and password.
3. Under **My eBay Views**, click the "All Selling" link.
4. Under **Items I'm Selling**, select your listing.
5. Click the **Title** of your listing.

### Finding your listing using eBay search

When you list an item on eBay, the search system immediately records the item number and your User ID. You can use this information to find the listing by entering the item number into the search box at the top of most eBay Help pages.

**Note:** Your listing may **not** be immediately searchable when using a keyword search or category search, until several hours after you've created it. Your listing should appear in the search results within 24 hours. eBay updates its databases several times a day. When you searched for your listing, it was probably between two update cycles and your information had not yet been added to all of eBay's search databases.

**Important:** Each time you revise your item the process starts over.

### Finding your listing through Search: By Item Number

Depending on the options you selected when listing your item, your listing may display in several places at the same time. To quickly identify all of the places where a potential bidder may see your item when browsing, use the Search: By Item Number feature.

**To find your listing by item number:**

1. Type your item number into the Search: By Item Number form.
2. Select the Find item listing or Find location of item option.
3. Click the Search button. All the locations of where your listing appears are displayed.

**Note:** If you do not know your item number, you can find your item number in:

- Your listing's confirmation email.
- On your My eBay page.
- On the upper right-hand corner of the View Item Page.

**Tip:** You can use your browser's Favorites, or Bookmark feature to bookmark your listing so you can check your listing without logging into eBay.

### Finding your listing after 60 days using eBay's Feedback system

Items may be viewed in My eBay for up to 60 days from the end of the listing (unless the listing is manually deleted from My eBay prior to that time).

To access items that are more than 60 days old, but less than 90 days old, you can use the feedback system.

Finding Your Listing

**If feedback has already been left for the item**

If feedback has already been left for this item, either by you, your transaction partner, or both, you can access the item through your feedback profile.

Click the feedback score beside your User ID wherever it appears on the site. Your feedback profile will appear. Any item less than 90 days old will display its item number as a link on the right hand side of the feedback page. Check the "Feedback Received" and "Left for Others" tabs to locate your item, then click the item number to view the listing page.

**If feedback has not yet been left for the item**

If feedback has not yet been left for this item, you can still access the listing page by clicking the "Feedback" link in the My Account section of the navigation bar on the left-hand side of any My eBay page. You will see a page with a list of items awaiting your feedback. To view the listing, click on the title of the listing you wish to see.

**Important:** After 90 days, in order to preserve system resources, items are archived from the site and are no longer available for viewing.

**If you still can't find your listing**

If you've listed or re-listed an item in the past few hours, or if you've changed the title of an item, it may take several hours for your item to appear in a keyword or category search.

If it has been more than 24 hours, and you still can't find your item through keyword or category searches, try the following:

- Check the title of your item for any special characters (for example, *, !, /, @) that are located next to important words. The search tool may overlook words that contain these characters.
- Ensure that you haven't accidentally run two words together. For example, you may have entered your title as **BeatlesPoster** rather than **Beatles Poster**. If you find that you made an error in your title, you can revise your item. To revise your item, go to My eBay, click the Selling tab, go to **Selling** Related Links, and click **Revise my item**.
- Check to make sure you are searching for words that are actually in your title and/or description. Searching on the words **DVD Player** will not return your item if you haven't used the words **DVD** and **Player** in your item's title and/or description.
- In some cases, items that are not allowed on certain eBay international sites or that violate our rules will not appear in Search. Check eBay's Offensive Items Policy if you feel that this may apply to your item.
- Try searching by seller.

**Related Help topics**

- Revising Your Item
- Writing a Good Title and Description
- About Feedback

**Contact Customer Support**

✉ If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.

