# EXHIBIT H



# eBay Stores Fees

View Fees for: eBay.com | eBay Motors | **eBay Stores** | Ad Format | Real Estate | PayPal

## Subscription Fees

As an eBay Store owner, you'll pay the monthly subscription fee corresponding to your Store level.

Learn more about the benefits of each subscription level.

| **Subscription Fees** | |
|---|---|
| Store Level | Fee |
| Basic | **$15.95 / month** |
| Featured | **$49.95 / month** |
| Anchor | **$499.95 / month** |

## Store Inventory format basic fees

As an eBay Store owner, you'll have access to an additional listing format called Store Inventory format. Use this format to list your items at a set price, so buyers can purchase items immediately (no bidding).These listings have a longer duration and lower Insertion Fees but have limited visibility compared to the Online Auction and Fixed Price formats. If your item sells, you also pay a Final Value Fee.

**Note:** Store Inventory listings appear in your Store with other regular Online Auction and Fixed Price listings. They also appear in a distinct place on ebay.com search results pages.

| **Insertion Fees** | |
|---|---|
| Duration | Insertion Fee |
| 30 days | **$0.02** |
| Good 'Til Cancelled* | **$0.02 / 30 days** |

**Note:** The Insertion Fee covers any quantity of items with a single listing, whether you list 1 or 1, 000 of the same item.

*Good 'Til Cancelled listings will be charged the relevant fees every 30 days.

| **Final Value Fees** | |
|---|---|
| Closing Price | Final Value Fee |

| Item not sold | No Fee |
|---|---|
| US$0.01 ? US$25.00 | **8.00%** of the closing price |
| US$25.01 ? US$1,000.00 | **8.00%** of the initial US$25.00 (US$2.00), **plus 5.00%** of the remaining closing value balance (US$25.01 to US$1,000.00) |
| Over US$1,000.01 | **8.00%** of the initial US$25.00 (US$2.00), **plus 5.00%** of the initial US$25.01 ? US$1,000.00 (US$48.75) **plus 3.00%** of the remaining closing value balance (US$1,000.01 ? closing value) |

**Note:** As a Store seller, you can earn a Store Referral Credit and save 75% off Final Value Fees for Store Inventory listings when you drive traffic to your Store!

### Store Inventory format optional feature fees

You can add optional listing features to help increase the chances of selling your item.

| **Listing Upgrade Fees** | Show |
|---|---|

| **eBay Picture Services Fees** | Show |
|---|---|

**A note about eBay fees**

- In the event your seller account is suspended for any reason, any amounts due on your Seller account will immediately become due and payable. eBay reserves the right to immediately charge any amounts that you have not previously disputed to the billing method that you are using.
- Fees pay for the right to sell on eBay. Sellers do not purchase exclusive rights to Web pages on eBay. eBay may, in our sole discretion, and without your consent or payment to you, place third-party advertisements on any Web page within our site.

**Related topics**

- eBay Stores Overview
- Closing Your eBay Store
- Paying eBay Fees
- Adding Pictures: Overview

 Live Chat  **Contact Customer Support**

If you have an additional question about this subject, email us at Customer Support.
If you would like to ask a question on another subject, please use the Contact Us page.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright ? 1995-2006 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time