# EXHIBIT K

eBay >

ebY

Welcome! Sign in or register.

Buy  Sell  My eBay  Community  Help

Site Map

Get rewards with
eBay MasterCard!

Categories ▼  Motors  Express  Stores    All Categories    Advanced Search    Search

Home > Sell

# Sell

[i] Sign in to see your saved information.

**List your item for sale**
Enter 3-5 words about your item. For example: Nine West women's shoes

○ List with popular options
○ List with all options (recommended for experienced sellers)

**Start selling**

Browse for categories

 Sell a vehicle or auto part

**33% off Listing Fees!**
✓ Auction Style and Fixed Price
✓ Unlimited listings thru Nov. 5
✓ List more, save more!

(▲) Get Details

**Top 10 Selling Tips**
10 secrets that make sales boom

eBay >

### Cash in!
Find out What's Hot!
Top 10 Selling Tips
Tour the Idea House



### Sell victoriously
Find out what it's worth
Include shipping costs
Create the perfect listing

### Connect
Seller discussion board
Get interactive help
Ask a question



### Resources
Take a class from experts
Understand selling fees
Other ways to learn



**Selling Resources | Selling Activities | Seller Tools | Stores | Trading Assistants | Seller Central**

**About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help**

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay > Select a category

# eb**Y**®

SELL YOUR ITEM    1. SELECT A CATEGORY    2. CREATE YOUR LISTING    3. REVIEW YOUR LISTING

Help ?

## Select a category

Help buyers find your listing by selecting a category that best describes your item.

Browse categories    **Search categories**

Curved Shower Rod    [Search]

Categories

- [ ] Home & Garden > Bath > Other Bath Items
- [ ] Home & Garden > Plumbing & Fixtures > Bathroom > Other Bathroom
- [ ] Health & Beauty > Medical, Special Needs > Bathroom Safety
- [ ] Home & Garden > Bath > Shower Curtains > Other Shower Curtains
- [ ] Home & Garden > Plumbing & Fixtures > Bathroom > Bathroom Shower & Tub Faucets > Chrome Faucets
- [ ] Home & Garden > Bath > Bath Accessory Sets
- [ ] Home & Garden > Bath > Shower Curtains > Fabric Shower Curtains
- [ ] Home & Garden > Bath > Shower Curtain Hooks

Tip: Reach more buyers by selecting two categories. (Fees apply)

Continue >

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay > Create your listing

# ebY

SELL YOUR ITEM   1. SELECT A CATEGORY   **2. CREATE YOUR LISTING**   3. REVIEW YOUR LISTING

## Create your listing

Save and complete later | Help (?)

### Categories where your listing will appear   Get help

**Category** (?)
Home & Garden > Bath > Other Bath Items
Change category

### Help buyers find your item with a great title   Add or remove options | Get help

* **Title** (?)

**Subtitle ($0.50)** (?)

---Item Specifics (?)

Enter specifics about your item here to help buyers find your listing.
To help buyers understand more about the item you are listing, please indicate the condition of the item.

**Condition** (i)

**Product Type**        > Remove

**Material**            > Remove

**Shower Curtain & Hook Type**

eBay > Create your listing

▼ Remove

* Add a custom detail   Add or remove options | Get help

**Bring your item to life with pictures**   Add or remove options | Get help

The first picture is free. Each additional picture is $0.15.

Your pictures: 0 | 12 can be added

Add pictures

**Gallery Picture ($0.35)**
☐ Display a picture in search results to help buyers find your item

This is how your listing will appear in search results without Gallery Picture     $x.xx    $x.xx    0h 00m

* **Describe the item you're selling**   Add or remove options | Get help

Standard   HTML

Arial   10   A  B  I  U   ≡ ≡ ≡ ≡   ≔ ≔ ≔ ≔   ABC Check spelling

eBay > Create your listing

Preview | Save draft

## Listing Designer ($0.10)

☐ Add a theme and a picture layout

Select theme: New (50)

Select design: Antiques-Black Frame
Antiques-Stained Glass
Antiques-Vintage Items
Books – Image

Picture layout: Standard

Preview

Visitor counter

## Choose how you'd like to sell your item    Add or remove options | Get help

Get pricing ideas for your item by searching completed listings.

**Online Auction**    Fixed Price

\* Starting price ( see listing fees )    Buy It Now price ( see listing fees )

eBay > Create your listing

$

$

\* Quantity
1    items
Duration
7 days

**Give buyers more ways to reach you**    Add or remove options | Get help

Add contact details

**Decide how you'd like to be paid**    Add or remove options | Get help

☑ PayPal ( fee varies )
Accept credit card and bank payments online.

PayPal    VISA    DISCOVER    BANK

Email address for receiving payment
hmeservy@cooley.com

**Additional payment methods**

☑ Money order / Cashier's check
☐ Personal check

**Give buyers shipping details**    Add or remove options | Get help

Domestic cost    Shipping Wizard

http://cgi5.ebay.com/ws/eBayISAPI.dll?NewListing&_ttdyi=&aid=1&sts=&_ttdesc=&keywords=Curved Shower Rod&_ttrne=&_tteps=&_optf...    !1/1/2007

eBay > Create your listing

$

Combined shipping discounts
No combined shipping discount rules have been created.
Create rules

Item location
San Diego, CA, 92130, United States
Change location

**Other things you'd like buyers to know**   Add or remove options | Get help

Buyer requirements
None: Allow all buyers
Add buyer requirements

Return policy
☐ Returns Accepted

Item must be returned within

Refund will be given as

Return policy details

Note: 500 character limit

* indicates a required field

Save and continue >

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

http://cgi5.ebay.com/ws/eBayISAPI.dll?NewListing&_ttdyi=&aid=1&sts=&_ttdesc=&keywords=Curved Shower Rod&_ttrne=&_tteps=&_optf...   11/1/2007

eBay > Create your listing

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eBay > Review your listing

**SELL YOUR ITEM**   1. SELECT A CATEGORY   2. CREATE YOUR LISTING   **3. REVIEW YOUR LISTING**

# Review your listing

Select listing enhancements, then review and submit your item.

Save and complete later | Help (?)

## Make your listing stand out   Get help



**Get the Essentials - For Less!**
Gallery • Subtitle • Listing Designer
**$0.65** (Save $0.30)*   [Add Now]



**Big Upgrades, Big Savings**
**Bold** • Border • Highlight • Featured Plus! • Gallery Featured
**$29.95** (Save $18.95)*   [Add Now]

**Gallery Picture ($0.35)** (?)
☐ Add a small version of your selected picture to search results

**Subtitle ($0.50)** (?)
☐ Give buyers more information in search results (searchable by item description only)

**Gift Icon ($0.25)** (?)
☐ Promote your gift service with a  icon next to your listing in search results

**Bold ($1.00)** (?)
☐ Attract buyers' attention by making the title of your listing appear in **Bold**

**Border ($3.00)** (?)
☐ Outline your listing with an eye-catching frame

**Highlight ($5.00)** (?)
☐ Make your listing stand out in search results with a brightly colored band

eBay > Review your listing

**Maximize your listing's visibility**
Featured Plus! ($19.95)
☐ Showcase your listing in the Featured area of search results

Gallery Featured ($19.95)
☐ Showcase your item in search results with an enlarged picture and close up views. Free Gallery Picture included.

Home Page Featured ($39.95)
☐ Get maximum exposure! Appear in our Featured area and your item is likely to appear on eBay's Home page.

**How your listing will appear in search results**

🔍 Preview your listing

**Recommendations for your listing**   Get help

Increase your chances of success:

**Add more details to your title**
Longer titles tend to be more successful. Consider including brand, product type, size, year, condition, etc.

**Add a picture to your listing**
Add a picture to show buyers exactly what you are selling. More than 90% of listings include a picture.

**Specify shipping costs**
Make buying your item easier. Provide shipping costs so that buyers have the information they need to make a decision.

Edit listing

**Preview your listing**   Edit listing | Get help

http://cgi5.ebay.com/ws/eBayISAPI.dll                                   11/1/2007

eBay > Review your listing

## Review your fees    Get help

Insertion fee:                $0.10
**Total:**                    **$0.10**

If your item sells, you will be charged a Final Value Fee based on a percentage of the final sale price.
Current account balance before adding this item: **$0.00**

[i]  Your listing will be posted on the eBay site and can be viewed in My eBay. Your listing may not be immediately searchable by keyword or category for several hours, so eBay cannot guarantee exact listing durations in search results.

By clicking the **List your item** button, you agree to pay the fees above, accepting the listing conditions above, and assume full responsibility for the content of the listing and item offered.

☐ Save this listing as a template and use it to sell similar items

List your item    | Edit listing

eBay > Review your listing

About eBay | Announcements | Security Center | Policies | Government Relations | Site Map | Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

http://cgi5.ebay.com/ws/eBayISAPI.dll

11/1/2007