# EXHIBIT M

Case 5:07-cv-04487-RMW   Document 13-14   Filed 11/15/2007   Page 1 of 8

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:     (858) 550-6420

COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
LORI R.E. PLOEGER (202113) (ploegerle@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
eBay Inc.

JACOBSON, RUSSELL, SALTZ & FINGERMAN, LLP
MICHAEL J. SALTZ (msaltz@jrsfllp.com)
10866 Wilshire Boulevard
Suite 1550
Los Angeles, CA  90024
Telephone: (310) 446-9900
Facsimile:  (310) 446-9909

FEAZELL & TIGHE, L.L.P.
AUSTIN TIGHE  (entered *Pro Hac Vice*) (austin@feazell-tighe.com)
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, Texas  78730
Telephone:  (512) 372-8100
Facsimile:  (512) 372-8140

Attorneys for Plaintiff
EDGAR BUTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDGAR BUTLER,<br><br>            Plaintiff,<br><br>       v.<br><br>EBAY, INC., | Case No.  C-06-2704 JW<br><br>**Joint Stipulation of Dismissal and Order Thereon** |

| | |
|---|---|
| 1 | Defendant. |
| 2 | |

**WHEREAS**, since the Court's Order filed December 13, 2006 in which the Court granted defendant eBay Inc.'s ("eBay") motion to dismiss the Complaint's Third Cause of Action under the California Auction Act (Cal. Civ. Code Sections 1812.600 *et seq.),* the parties hereto through their respective counsel of record have met and conferred on multiple instances to discuss the possible resolution of this case; and

**WHEREAS**, the parties through such counsel have reached agreement on the terms and conditions expressed in this Stipulation regarding dismissal of this action;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN**, by and through their undersigned counsel and representative plaintiff, subject to the approval of the Court, as follows:

1. The Court's Order filed December 13, 2006 holding that, among other things, eBay is not bound, encompassed, or otherwise governed by the California Auction Act is accepted by the parties and their counsel as binding legal precedent and law of this case.

2. Within ninety (90) calendar days of the Court's execution and entry of this Stipulation and Order, eBay (defined herein to mean eBay Inc. and its directly and wholly owned United States subsidiaries) shall institute commercially reasonable measures consistent with industry custom and practice to place upon its website (www.ebay.com, the "Website") appropriate cautionary language advising sellers who list items for sale on the Website of the following: "Your listing may not appear on the Website immediately upon insertion, and in fact may be delayed from several hours to upwards of an entire day. Any such delay is the byproduct of eBay's ordinary and customary efforts to screen listings for compliance with company policies and procedures, including for example and (without

|   |   |   |
|---|---|---|
| 1 |  | limitation) policies and procedures designed to prevent fraud or violations |
| 2 |  | of the offensive materials policies. Accordingly, when selecting a listing |
| 3 |  | duration form the options given, please understand that the actual length of |
| 4 |  | a listing available on the Website will be less than the literal duration |
| 5 |  | selected" (such language shall be referred to herein for brevity as the |
| 6 |  | "Disclaimer"). The actual language of the Disclaimer may vary from the |
| 7 |  | language set forth above as long as the substance of such language is |
| 8 |  | provided. In light of dynamic and changing nature of the Website, eBay |
| 9 |  | reserves the right to make unilateral and periodic changes to the Disclaimer |
| 10 |  | and further reserves the right to discontinue the Disclaimer entirely if |
| 11 |  | circumstances materially change such that it is no longer necessary or |
| 12 |  | appropriate (for example only and without limitation, if all listings |
| 13 |  | eventually are delayed for pre-insertion screening by eBay, then eBay may |
| 14 |  | discontinue the Disclaimer). The location of the Disclaimer on the Website |
| 15 |  | and page flows therein shall be at eBay's sole and complete discretion. |
| 16 | 3. | In consideration of the curative disclosure being made pursuant to |
| 17 |  | Paragraph 2 hereof and in further recognition of the difficulty that |
| 18 |  | individual proposed class members would have in attempting to establish |
| 19 |  | and prove under prevailing legal requirements recoverable damages claims |
| 20 |  | on an individual or class basis, all class damages or economic claims for |
| 21 |  | relief of every kind and nature (for example and without limitation, |
| 22 |  | compensatory, consequential or punitive damages or claims for economic |
| 23 |  | restitution or disgorgement) are hereby dismissed without prejudice with |
| 24 |  | respect to the proposed class. In all other respects, however, this |
| 25 |  | Stipulation and Order is binding upon the proposed class pursuant to |
| 26 |  | Federal Rule of Civil Procedure 23(b)(2) without the need for any class |
| 27 |  | notice given that only injunctive and equitable relief is being obtained |
| 28 |  | hereby. |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

3.

EBAY'S INITIAL DISCLOSURES
C-06-2704 JW

4. Except for the rights and obligations created by this Stipulation and Order and excluding those matters expressly reserved (and dismissed without prejudice) as specified in Paragraph 3 hereof, plaintiff Edgar Butler and the proposed class consisting of all persons who within the past four calendar years from the date that this Stipulation and Order is executed and entered by the Court who have paid money to eBay to use eBay's services and Website to post items for sale (collectively "Plaintiffs"), hereby fully, completely and generally forever release eBay and its agents, employees, representatives, predecessors, successors, affiliates, parent and subsidiary entities, assigns, shareholders, officers, directors, attorneys, insurers, heirs, executors and administrators, from any and all claims, rights, demands, obligations, agreements, contracts, representations, and promises of actions of every kind and nature, whether known or unknown, suspected or unsuspected, existing or claimed to exist, arising from or relating to the allegations of the complaint in this action. Plaintiffs acknowledge that they have read, considered and understand the provisions and significance of Section 1542 of the California Civil Code, which presently provides as follows:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

Plaintiff expressly waives any and all rights he has or may have under Civil Code § 1542 as now worded or hereafter amended. In connection with this waiver, Plaintiff acknowledges that he is aware that he may hereafter discover claims presently unknown or unsuspected or facts in addition to or different from those which he now knows or believes to be

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD

4.

EBAY'S INITIAL DISCLOSURES
C-06-2704 JW

| | |
|---|---|
| 1 | true with respect to the claims, matters and causes of action released |
| 2 | herein. |
| 3 | 5.     eBay shall pay the sum of $210,000 via check made payable to the law |
| 4 | firm trust account of Feazell & Tighe, c/o Austin Tighe. The foregoing |
| 5 | payment shall be made within thirty (30) calendar days of the execution |
| 6 | and entry of this Stipulation and Order by the Court. Excluding such |
| 7 | payment, the parties shall respectively bear all of their costs and attorneys' |
| 8 | fees incurred in connection with this action. |
| 9 | 6.     Pursuant to this Stipulation, this action is hereby dismissed in its entirety |
| 10 | with prejudice as to plaintiff Edgar Butler and the proposed class (as |
| 11 | defined in Paragraph 4 hereof) except as otherwise expressly reserved as |
| 12 | specified in Paragraph 3 hereof. |
| 13 | 7.     The Court reserves jurisdiction to enforce the terms and conditions of this |
| 14 | Stipulation |

Having read and understood the foregoing, and having obtained the express permission and consent of their respective clients with respect thereto, the undersigned counsel of record and named representative plaintiff hereby acknowledge their agreement and consent hereto by signing below.

| | | |
|---|---|---|
| 1 | Dated: February 16, 2007 | Feazell & Tighe, L.L.P. |
| 2 | | |
| 3 | | /s/See Attachment A<br>Austin Tighe |
| 4 | | Attorneys for Plaintiff<br>EDGAR BUTLER |
| 5 | | |
| 6 | | /s/See Attachment A<br>Mr. Edgar Butler |
| 7 | | |
| 8 | Dated: February 16, 2007 | Cooley Godward KRONISH LLP |
| 9 | | |
| 10 | | /s/See Attachment A<br>Michael G. Rhodes |
| 11 | | Attorneys for Defendant<br>EBAY, INC. |
| 12 | | |
| 13 | **IT IS SO ORDERED.** | |
| 14 | | *[signature: James Ware]* |
| 15 | Dated: February 21, 2007 | _____<br>The Honorable James Ware<br>United States District Judge |

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify under penalty of perjury that on February 16, 2007, I electronically filed |
| 3 | this **JOINT STIPULATION OF DISMISSAL AND ORDER THEREON** using the CM/ECF |
| 4 | system, which will send notification of such filing to the following attorneys of record at the |
| 5 | following listed email addresses. |

Michael J. Saltz  
Jacobson, Russell, Saltz & Fingerman, LLP  
10866 Wilshire Blvd  
Suite 1550  
Los Angeles, CA 90024  

email: msaltz@jrsfllp.com

Austin Tighe, Esq.  
Feazell & Tighe LLP  
6300 Bridgepoint Parkway  
Suite 220  
Austin, TX 78730  

email: austin@feazell-tighe.com

I also hereby certify under penalty of perjury that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I placed copies of this **JOINT STIPULATION OF DISMISSAL AND ORDER THEREON** into envelope(s) and caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California, to be served on the parties listed below by First Class Mail on this 16th day of February 2007:

Patrick Mulligan  
Eric Roberson  
The Law Office of Patrick J. Mulligan, P.C.  
911 Turtle Creek Blvd.  
Suite 900  
Dallas, TX 75219  
**VIA FIRST CLASS MAIL**

/s/Kendra A. Jones  
**Kendra A. Jones**  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: hmeservy@cooley.com  

Attorneys for Defendant eBay Inc.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

527011 v1/SD  
7.  
EBAY'S INITIAL DISCLOSURES  
C-06-2704 JW