UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The Missing Link, Inc., d/b/a Bath Plus Inc.,

        Plaintiff(s),

  v.

eBay, Inc.

        Defendant(s).

No. C 07-4487 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/15/07

Signature: [signed] Heath Muy, Cooley Godward Kronish LLP

Counsel for Defendant eBay, Inc.
(Plaintiff, Defendant, or indicate "pro se")

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2007, I electronically filed the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA  94104  

email: keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA  94104  

email: ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 15th day of November, 2007 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA  90272  

Ilan Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL  60610  

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI  53703  

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY  10013  

*/s/ Kendra Jones*  
Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA  92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email:  kjones@cooley.com

COOLEY GODWARD KRONISH LLP  
ATTORNEYS AT LAW  
SAN DIEGO

DECLINATION TO PROCEED BEFORE A  
MAGISTRATE JUDGE  
C 07 4487 PVT