UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

The Missing Link, Inc., d/b/a Bath Plus
Inc., individually and on behalf of others,
           Plaintiff(s),

Case No. C 07 4487 JW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

           v.

eBay, Inc.

           Defendant(s).

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-20-07

[Party] Alan R. Sand for eBay

Dated: 11-20-07

Cooley Godward Kronish LLP
[Counsel] for eBay Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I electronically filed the foregoing **ADR CERTIFICATION BY PARTIES AND COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 20th day of November, 2007 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA 90272

Ilan Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL 60610

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI 53703

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY 10013

*/s/ Kendra Jones*

Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: kjones@cooley.com

COOLEY GODWARD  
KRONISH LLP  
ATTORNEYS AT LAW  
SAN DIEGO

ADR CERTIFICATION BY PARTIES AND COUNSEL  
C 07 4487 JW