Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN & COMPTON, LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Ilan Chorowsky (Admitted Pro Hac Vice)
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610
Telephone: (312) 643-5893
Facsimile: (312) 643-5894

Frank Jablonski (Admitted Pro Hac Vice)
Progressive Law Group LLC
354 W. Main Street
Madison, WI 53703
Telephone: (608) 258-8511
Facsimile: (608) 442-9494

Noah Shube (Admitted Pro Hac Vice)
The Law Offices of Noah Shube
434 Broadway, Sixth Floor
New York, NY 10013
Telephone: (212) 274-8638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>EBAY INC.,<br><br>                Defendant. | Case No. C 07 4487 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:        January 14, 2008<br>Time:       10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:      Hon. James Ware |

1

Plaintiff The Missing Link, Inc. d/b/a Bath Plus Inc. and Defendant eBay, Inc. jointly submit this Case Management Statement and Proposed Order pursuant to the Federal Rules of Civil Procedure, Rules 16 and 26(f) and Civil Local Rule 16-9, and request the Court to adopt it as its Case Management Order in this case.

### 1. JURISDICTION AND SERVICE

Plaintiff premises jurisdiction on the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2), and other provisions of law. Plaintiff alleges the total amount in controversy in this case exceeds $5,000,000 in the aggregate, there exists at least minimum diversity of citizenship, and the number of putative class members in the aggregate exceeds 100. Defendant does not contest jurisdiction.

eBay is the sole defendant and has been served.

### 2. FACTS

A. Plaintiff's Allegations

Plaintiff The Missing Link, Inc., d/b/a Bath Plus, Inc. ("Missing Link" or "Plaintiff") brings this putative class action against Defendant eBay ("eBay" or "Defendant"), concerning eBay's online services. Missing Link sells bathroom fixtures, and has had one or more seller's accounts on eBay.com. As a registered eBay seller, Plaintiff has purchased listings in various formats using eBay's online "Sell Your Item" form, and paid fees to post, or "list," items for sale on eBay.com, for various, specified durations (e.g., 24 hours). Plaintiff alleges that shoppers who visited eBay's site could not search for Plaintiff's listed items "immediately" or at designated start times per eBay's promise. Plaintiff also alleges that shoppers could not view the listings for the full duration of the listing period for which Plaintiff had paid. Plaintiff also opened and maintained an "eBay Store," whereby Plaintiff created and purchased "Good 'Til Canceled" listings. Plaintiff alleges that in purchasing these "Good 'Til Canceled" listings, it was to pay a fixed monthly fee until the item(s) in the listing sold or Plaintiff chose to cancel, but that eBay unlawfully increased the monthly fee for pre-existing "Good 'Til Canceled" listings.

### B. eBay's Allegations

eBay contends that new listings are immediately viewable; they simply are not searchable by the general public until eBay has conducted its trust and safety screening to detect, for example, fraudulent, offensive and other inappropriate conduct. eBay further contends that this delay in searchability is fully disclosed to sellers through eBay's User Agreement and the policies and help pages incorporated by reference into eBay's User Agreement. Finally, eBay contends that it had the right under the contracts between the parties to unilaterally alter (with notice) fees associated with listings, including "Good 'Til Cancelled" listings.

## 3. LEGAL ISSUES

The chief legal issues are whether eBay's conduct, as generally alleged above and stated in greater detail in the Complaint, constitutes Breach of Contract, Unjust Enrichment, and/or violations of the California Unfair Competition Law ("UCL"), California Business and Professions Code section 17200 et seq.

## 4. MOTIONS

On October 9, 2007, eBay filed an Administrative Motion to Relate the *Missing Link* and *Ewert* Cases, in the earlier-filed action *Ewert v. eBay, Inc.*, Northern District of California case number 07-CV-2198 RMW. At this time, no ruling on that motion has been issued.

On November 15, 2007, eBay filed a Motion to Dismiss all counts, which is currently calendared for hearing on Tuesday, January 29, 2008, before Magistrate Judge Trumbull (before whom the case is no longer pending). The parties propose that this hearing be rescheduled before this Court on Monday, February 4, 2007 at 9:00 a.m. The parties anticipate the following pretrial motions: motion for class certification and motions for summary judgment or partial summary judgment.

**5.    AMENDMENT OF PLEADINGS**

Plaintiff anticipates that it may seek leave to amend the Complaint if Defendant's motion to dismiss is granted in any respect. Plaintiff does not anticipate any other amendments to the pleadings at this time.

**6.    EVIDENCE PRESERVATION**

eBay has represented that it has instituted evidence preservation practices with respect to evidence that is potentially relevant in this action, based on the prior-filed actions identified below. *See infra*, Section 10.

**7.    DISCLOSURES**

The parties will serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by March 15, 2008.

**8.    DISCOVERY**

The parties propose that discovery proceed on a bifurcated schedule, focusing first on class certification issues and discovery pertaining to any named Plaintiff in this action, prior to briefing on class certification. The parties propose merits discovery (other than with respect to any named Plaintiff in this action) proceed after the class certification phase. The parties' proposed timing for discovery is set forth in detail below. *See infra*, Section 17 (Scheduling).

The parties further stipulate to the following with respect to class certification discovery:
Interrogatories:  Up to a total of 25 propounded by Plaintiff and up to a total of 25 by Defendant.
Depositions:  Up to a total of 10 by Plaintiff and 10 by Defendant.

Other than the above stipulations, the parties have no proposed modifications to the governing provisions of the Federal Rules of Civil Procedure.

**9.    CLASS ACTION ISSUES**

Plaintiff alleges that the putative class is comprised of two classes: those sellers who purchased "Good 'Til Cancelled" listings (the "GUC Class"), and those sellers whose listings were posted for less than the duration promised (the "Listing Class").  Plaintiff alleges that certification of both classes is appropriate under Rule 23(a) and 23(b)(1)-(3).  Plaintiff intends to seek certification within the time frames set forth below, *see infra*, Section 17, subject to the Court's approval of the proposed pretrial and trial schedule.

eBay contends that class certification is not appropriate for either of the proposed classes on various separate and independent grounds (not enumerated here).

**10.    RELATED CASES**

Counsel for the parties have identified two actions in this District as potentially "related" to this action within the meaning of L.R. 3-12(a):

*Butler v. eBay*, Case No. C 06-2704 JW (closed)

*Ewert v. eBay*, Case No. C 07-2189 RMW

As noted *supra* in Section 4, on October 9, 2007, eBay filed an Administrative Motion to Relate the *Missing Link* and *Ewert* Cases, in the earlier-filed action *Ewert v. eBay, Inc*., Northern District of California case number 07-CV-2198 RMW (the *Butler* case is currently closed).  At this time, no ruling on that motion has been issued.

**11.    RELIEF**

Plaintiff seeks: class certification as detailed above, *see supra*, Section 9; a finding that the complained of conduct constitutes a breach of contract, unjust enrichment, and violation of the UCL; and damages along with interest, and attorney's fees and costs.

eBay denies that Plaintiff is entitled to such relief and requests that the court deny Plaintiff's prayer for relief in its entirety, enter judgment in eBay's favor and against Plaintiff, award eBay costs of suit incurred in defense of this action, and order such other relief as the Court deems proper.

**12. SETTLEMENT AND ADR**

The parties filed their Stipulation and Proposed Order Selecting ADR Process on November 20, 2007, in which they requested an ADR phone conference pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties believe that settlement discussions and ADR are premature at this time. The parties have discussed and are willing to participate in private ADR in the form of mediation, but cannot ascertain at this point when such mediation would be fruitful. In any event, mediation would not be considered until after the disposition of eBay's currently pending Motion to Dismiss.

**13. CONSENT TO MAGISTRATE FOR ALL PURPOSES**

All parties have not consented to a magistrate for all purposes.

**14. OTHER REFERENCES**

The parties do not believe this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. NARROWING OF ISSUES**

Other than the agreed-to proposals relating to scheduling and pretrial management as set forth in this Joint Case Management Statement, the parties do not have any further suggestions for narrowing of issues at this time.

**16. EXPEDITED SCHEDULE**

The parties do not believe this case is suitable for expedited treatment with streamlined procedures.

**17. SCHEDULING**

The parties jointly submit the proposed dates are below. Moreover, eBay proposes the following schedule under the assumption that a ruling on eBay's motion to dismiss is obtained

prior to March 1, 2008, and that eBay thereafter answers the allegations in the Complaint which remain following the disposition of eBay's motion to dismiss; eBay further proposes that these proposed deadlines be revisited in the event that Plaintiff amends its Complaint in response to the Court's ruling on eBay's motion to dismiss.

| EVENT | PROPOSED DEADLINE |
|---|---|
| **Rule 26(a)(1) Initial Disclosures** | March 15, 2008 |
| **Parties To Identify Any Experts Who Will Testify in Support of or in Opposition to Class Certification, and To Serve Any Expert Reports Regarding Class Certification.** | April 30, 2008 |
| **Completion of Class Certification and Named Plaintiff Discovery** | June 30, 2008 |
| **File Any Motion for Class Certification and/or Memorandum in Support Thereof** | July 9, 2008 |
| **File Any Opposition to Motion for Class Certification** | 30 days after filing of Motion for Class Certification/ Memorandum in Support of Class Certification |
| **File Any Reply in Support of Motion for Class Certification** | 30 days after filing of any Opposition to Motion for Class Certification |
| **Hearing on Motion for Class Certification** | September 22, 2008<br><br>However, the parties will propose to amend this date to an earlier date, in the event that briefing on any Motion for Class Certification is completed substantially in advance of this date. |

| EVENT | PROPOSED DEADLINE |
|---|---|
| **Remaining, Merits-Based Discovery May Proceed** | Plaintiff – One Day After Hearing on Motion for Class Certification.<br><br>Defendant – One Day After Ruling on Motion for Class Certification |
| **Fact Discovery Completion Date** | 120 Days after Ruling on Motion for Class Certification. |
| **Parties To Identify Any Experts Who Will Testify Other Than With Respect to Class Certification Issues, and Provide Any Corresponding Expert Reports.** | 150 Days after Ruling on Motion for Class Certification. |
| **Expert Discovery Completion Date** | 180 Days after Ruling on Motion for Class Certification. |
| **Deadline for Dispositive Motions** | 210 Days after Ruling on Motion for Class Certification. |

**18.   TRIAL**

Plaintiff requests a jury trial, and estimates a 6 day trial.  eBay also requests a jury trial and anticipates eight (8) days for its defense.

**19.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

eBay filed its Certification of Interested Parties on November 15, 2007, certifying that as of that date, other than the named parties, there is no such interest to report.

**20.    OTHER MATTERS**

At this time, the parties are not aware of any other matters that may be conducive to the just, speedy and inexpensive resolution of this matter.

Respectfully submitted,

December 31, 2007            MARKUN ZUSMAN & COMPTON LLP
DAVID S. MARKUN (108067)
EDWARD S. ZUSMAN (154366)
KEVIN K. ENG (209036)

By:  /s/ Kevin K. Eng
          KEVIN K. ENG

Attorneys for Plaintiff

December 31, 2007            COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)

By:  /s/ Heather C. Meservy
          HEATHER C. MESERVY

Attorneys for Defendant

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: _____        _____
                                Hon. James Ware
                                United States District Judge