RECEIVED

NOV 14 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

Northern District of California

FILED

DEC 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE MISSING LINK, INC., d/b/a BATH
PLUS INC., individually and on behalf of
all others similarly situated,

CASE NO.  C 07 4487 ~~PVT~~ JW

Plaintiff(s),

v.

EBAY, INC.,

Defendant(s).

_____/

~~(Proposed)~~ JW
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE**

Noah Shube                                    , an active member in good standing of the bar of

New York                                    whose business address and telephone number

(particular court to which applicant is admitted)

is

THE LAW OFFICES OF NOAH SHUBE
434 Broadway, 6th Floor
New York, NY 10013

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac
vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  12/21/07

James Ware

United States ~~Magistrate~~ Judge
District