**UNITED STATES DISTRICT COURT**

**Northern District of California**

THE MISSING LINK, INC., dba DATA LINK
PLUS INC., individually and on behalf of
all others similarly situated,

            Plaintiff(s),

v.

EBAY, INC.,

           Defendant(s).

CASE NO. C 07 4487 PVT

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Ilan Chorowsky, an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

CHOROWSKY LAW OFFICES
1130 N. Dearborn Street, Suite 3110
Chicago, IL 60610; Tel: (312) 643-5893, Fax: (312) 643-5894

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/21/07

                    James Ware
                    United States District Judge

FILED DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED NOV 14 2007