UNITED STATES DISTRICT COURT

Northern District of California

RECEIVED NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THE MISSING LINK, INC. d/b/a BATH PLUS, INC., individually and on behalf of all other similarly situated,

CASE NO. C 07-4487-PVT

Plaintiff(s),

v.

Ebay

Defendant(s).

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

FILED DEC 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Frank Jablonski, an active member in good standing of the bar of Wisconsin whose business address and telephone number (particular court to which applicant is admitted) is

Progressive Law Group LLC, Telephone: 608-258-8511
354 West Main Street
Madison, WI 53703

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff The Missing Link, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/21/07

_____
United States District Judge