COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EBAY, INC.,<br><br>    Defendant. | Case No.  C 07 4487 RMW<br>Related to Case No. C 07 02198 RMW<br><br>**STIPULATION CONTINUING HEARING ON EBAY'S MOTION TO DISMISS UNTIL FRIDAY, FEBRUARY 8, 2008**<br><br>Date:            February 8, 2008<br>Time:           9:00 a.m.<br>Judge:          Ronald M. Whyte<br>Trial Date:   Not yet set |

**WHEREAS**, eBay's Motion to Dismiss in this action was originally noticed for Tuesday, January 29, 2008 at 10:00 a.m., before Magistrate Judge Trumbull;

**WHEREAS**, upon the action's reassignment to Judge Ware, the parties stipulated to continue the hearing until Monday, February 4, 2008 at 9:00 a.m., before Judge Ware;

**WHEREAS**, the action has now been transferred to Judge Whyte pursuant to the Related Case Order dated January 11, 2008;

**WHEREAS**, the parties have met and conferred to designate a mutually agreeable for a hearing before Judge Whyte and have ascertained that Friday, February 8, 2008 is a mutually agreeable date;

//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION CONTINUING HEARING ON EBAY'S
MOTION TO DISMISS
C 07 4487 RMW

NOW, THEREFORE, the parties file this Stipulation Continuing the Hearing on eBay's Motion to Dismiss until Friday, February 8, 2008 at 9:00 a.m., before the honorable Judge Ronald M. Whyte in Courtroom 6.

Dated: January 16, 2008

MARKUN ZUSMAN & COMPTON LLP
DAVID S. MARKUN (108067)
EDWARD S. ZUSMAN (154366)
KEVIN K. ENG (209036)

By: /s/ Kevin K. Eng
Kevin K. Eng

Attorneys for Plaintiff

Dated: January 16, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)

By: /s/ Heather C. Meservy
Heather C. Meservy

Attorneys for Defendant

1   FILER'S ATTESTATION:

2       Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of

3   perjury that the concurrence in the filing of this document has been obtained from its signatories.

4   Dated: January 16, 2008

5

6                                         By:   /s/ Heather C. Meservy
                                                  Heather C. Meservy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

**STIPULATION CONTINUING HEARING ON EBAY'S
MOTION TO DISMISS
C 07 4487 RMW**

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing **STIPULATION CONTINUING HEARING ON EBAY'S MOTION TO DISMISS UNTIL FRIDAY, FEBRUARY 8, 2008** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
keng@mzclaw.com

Edward Scott Zusman  
Markun Zusman & Compton LLP  
465 California Street  
Suite 500  
San Francisco, CA 94104

email:  
ezusman@mzclaw.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 16th day of January 2008 to the following listed addresses.

David S. Markun  
Markun Zusman & Compton LLP  
17383 West Sunset Boulevard  
Suite A-380  
Pacific Palisades, CA 90272

Ilan Chorowsky  
Chorowsky Law Offices  
Progressive Law Group LLC  
1130 N. Dearborn Street  
Suite 3110  
Chicago, IL 60610

Frank Jablonski  
Noah Golden-Krasner  
Progressive Law Group LLC  
354 W. Main Street  
Madison, WI 53703

Noah Shube  
The Law Offices of Noah Shube  
434 Broadway  
6th Floor  
New York, NY 10013

Kendra Jones  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA 92121-1909  
Telephone: (858) 550-6000  
FAX: (858) 550-6420  
Email: kjones@cooley.com