IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE MISSING LINK, INC., et al.,

       Plaintiff,

  v.

EBAY, INC.,

       Defendant.

*E-FILED - 1/17/08*

CASE NO.: C-07-04487-RMW

**CLERK'S NOTICE OF CONTINUANCE**

**NEW DATE: MARCH 14, 2008**

**TIME: 9:00 AM**

PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANT'S MOTION TO DISMISS,** previously set for February 8, 2008, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: January 17, 2008

                BY: */s/ Jackie Garcia*
                     JACKIE GARCIA
                     Courtroom Deputy for
                     Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record: