1   COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
    JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
3   4401 Eastgate Mall
    San Diego, CA  92121
4   Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420
5
    Attorneys for Defendant eBay Inc.
6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

| 12 THE MISSING LINK, INC., d/b/a BATH | Case No.  C 07 4487 RMW |
| PLUS INC., individually and on behalf of all | Related to Case No. C 07 02198 RMW |
| 13 others similarly situated, | |
| | **NOTICE OF CONTINUANCE OF** |
| 14          Plaintiff, | **HEARING OF EBAY'S MOTION TO** |
| | **DISMISS** |
| 15     v. | |
| | Date:        March 14, 2008 |
| 16 EBAY, INC., | Time:        9:00 a.m. |
| | Judge:       Ronald M. Whyte |
| 17          Defendant. | Trial Date:   Not yet set |

18

19       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

20       PLEASE TAKE NOTICE that, pursuant to the Clerk's Notice of Continuance attached

21   hereto as Attachment A, the hearing on eBay's Notice of Motion and Motion to Dismiss has been

22   continued from February 8, 2008 to Friday, March 14, 2008 at 9:00 a.m..  The parties shall appear

23   at that time before the Honorable Ronald M. Whyte in Courtroom 6, 4th floor of the U.S.

24   //

25   //

26   //

27   //

28   //

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
  SAN DIEGO

                                          NOTICE OF CONTINUANCE OF HEARING
                                              OF EBAY'S MOTION TO DISMISS
                                                    C 07 4487 RMW

1   Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be

2   submitted without argument.

3   Dated: January 24, 2007                    Respectfully submitted,

4                                              COOLEY GODWARD KRONISH LLP
                                               MICHAEL G. RHODES (116127)
5                                              HEATHER C. MESERVY (223782)
                                               JOSEPH S. LEVENTHAL (221043)
6

7

8                                               /s/Heather C. Meservy
                                               _____
                                               Heather C. Meservy (223782)
9                                              Attorneys for Defendant eBay Inc.
                                               Email:  hmeservy@cooley.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**NOTICE OF CONTINUANCE OF HEARING
OF EBAY'S MOTION TO DISMISS
C 07 4487 RMW**

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 24, 2008, I electronically filed the foregoing **NOTICE OF CONTINUANCE OF HEARING OF EBAY'S MOTION TO DISMISS** with the Clerk of

3   Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

4

Kevin K. Eng                                        email:
5   Markun Zusman & Compton LLP                            keng@mzclaw.com
465 California Street
6   Suite 500
San Francisco, CA  94104

7

Edward Scott Zusman                                 email:
8   Markun Zusman & Compton LLP                            ezusman@mzclaw.com
465 California Street
9   Suite 500
San Francisco, CA  94104

10

11      I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with

12   the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California on this 24th day of

13   January 2008 to the following listed addresses.

14

David S. Markun                          Ilan Chorowsky
15   Markun Zusman & Compton LLP              Chorowsky Law Offices
17383 West Sunset Boulevard               Progressive Law Group LLC
16   Suite A-380                              1130 N. Dearborn Street
Pacific Palisades, CA  90272             Suite 3110
17                                            Chicago, IL  60610

18

Frank Jablonski                          Noah Shube
19   Noah Golden-Krasner                      The Law Offices of Noah Shube
Progressive Law Group LLC                434 Broadway
20   354 W. Main Street                       6th Floor
Madison, WI  53703                       New York, NY  10013

21

22

23

24   Kendra Jones
COOLEY GODWARD KRONISH LLP
25   4401 Eastgate Mall
San Diego, CA  92121-1909
26   Telephone: (858) 550-6000
FAX: (858) 550-6420
27   Email:  kjones@cooley.com

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

NOTICE OF CONTINUANCE OF HEARING
OF EBAY'S MOTION TO DISMISS
C 07 4487 RMW