```
COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420
```

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br><br>Defendant. | Case No. C 07 4487 RMW<br><br>**SUPPLEMENTAL DECLARATION OF HEATHER C. MESERVY IN SUPPORT OF DEFENDANT EBAY INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Date:          March 14, 2008<br>Time:          9:00 a.m.<br>Judge:         Ronald M. Whyte<br>Trial Date:    Not yet set |

I, Heather C. Meservy, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and am an associate with the firm of Cooley Godward Kronish LLP, counsel of record for Defendant eBay, Inc. ("eBay") in this action. I have personal knowledge of the facts set forth herein, and, if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A and incorporated by reference as though set forth in full is a true and correct copy of eBay's "Finding Your Listing" help page, printed February 29, 2008, formerly found at http://pages.ebay.com/help/sell/find_listing.html. This page is currently available at http://web.archive.org/web/20031204053425/http://pages.ebay.com/help/sell/find_listing.html.

3. Attached hereto as Exhibit B and incorporated by reference as though set forth in full is a true and correct copy of eBay's Motion to Dismiss filed in the *Butler v. eBay* Inc. action, United States District Court for the Northern District of California Case No. 06-02704 JW (hereinafter, "*Butler*") (filed June 7, 2006).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of February 2008 at San Diego, California.

      /s/ Heather C. Meservy
      Heather C. Meservy

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

SUPPLEMENTAL MESERVY DECLARATION
C 07 4487 RMW

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2008, I electronically filed the foregoing **SUPPLEMENTAL DECLARATION OF HEATHER C. MESERVY IN SUPPORT OF DEFENDANT EBAY INC.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng                              email:
                                          keng@mzclaw.com

Edward Scott Zusman                       email:
                                          ezusman@mzclaw.com

Noah Shube                                email:
                                          nshube@yahoo.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery on this 29th day of February on the addressees listed below:

David S. Markun                           Ilan Chormosky
Markun Zusman & Compton LLP               Chorowsky Law Offices
17383 West Sunset Boulevard               1130 N. Dearborn Street
Suite A-380                               Suite 3110
Pacific Palisades, CA 90272               Chicago, IL 60610

Frank Jablonski
Progressive Law Group, LLC
354 West Main St.
Madison, WI 53703

Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com