# EXHIBIT A

home | pay | register | sign In | services | site map | help

_Home_ > _Help - Topics_ > _Selling_ > _Managing your item_ > Finding Your Listing?

**eBay Help**

Help Topics

A-Z Index

Contact Us

**Related Links**

Learning Center

eBay University

Security Center

**Search Help**

Enter a topic here                                                   [ Search Help ]  tips

## Finding Your Listing

Your listing may be shown in several places on eBay at the same time, depending on whether you listed it in more than one category, chose to put it in the Gallery, and so forth. And, of course, it will also show up on a variety of search-results pages.

Type your item number into the Where Is an Item? form to see the places where your listing appears (other than search results). You can find your item number in your listing's confirmation email, on your My eBay page, or on the View Item page.

If you want to see your item as it appears in search results, simply search for relevant keywords. Or you can "Search by Seller" to find ALL the items you?ve listed.

**Can?t find your item? Here are some tips**:

**When listing or relisting, your item will not be immediately searchable**. To search for an item right after it?s listed, use the listing?s item number for your search. Your item will take longer to show up in keyword or category searches because it has to be indexed onto the site. This process can take between 2 to 6 hours.

**Note**: If you still can?t find your item through keyword or category searches, check your item?s title for any special characters added next to important words (e.g., *, !, /, @). The search tool may overlook words that contain these characters.

- Edit Your Item
- Add to your Items Description
- Cancel Your Listing

Related Help topics

- Managing Your Item Overview

If you have not found the information you are looking for, please ask a question.

---

Announcements   |   Register   |   Shop eBay-o-rama   |   Safe Trading Tips   |   Policies   |   Feedback Forum
About eBay   |   Home   |   My eBay   |   Site Map

Browse   |   Sell   |   Services   |   Search   |   Help   |   Community
Basics   |   Buyer Guide   |   Seller Guide   |   My Info   |   Billing   |   Rules & Safety

Copyright © 1995-2003 eBay Inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.
Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.