COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY, INC.,<br><br>Defendant. | Case No.  C 07 4487 RMW<br><br>**EBAY'S OPPOSITION TO PLAINTIFF'S OBJECTIONS AND MOTION TO STRIKE SUPPLEMENTAL DECLARATION**<br><br>Date:         March 14, 2008<br>Time:        9:00 a.m.<br>Judge:       Ronald M. Whyte<br>Trial Date:  Not yet set |

Like Plaintiff's initial objections to eBay's Request for Judicial Notice, Plaintiff's additional objections to eBay's Supplemental Request for Judicial Notice and the Supplemental Meservy Declaration should be overruled.

Plaintiff contends that eBay is improperly attempting "to foreclose factual issues at the pleadings stage." (Pl.'s Objections and Motion to Strike at 2:4-5.) But all of the documents which eBay has requested the Court to consider are appropriate for consideration in connection with a motion to dismiss. *Hoey v. Sony Electronics Inc.,* 515 F. Supp. 2d 1099, 1102 (N.D. Cal. 2007) (citing *Levine v. Diamanthuset, Inc.,* 950 F.2d 1478, 1483 (9th Cir. 1991)) (the complaint's allegations, judicially noticeable facts, and documents referenced in the complaint are appropriate for consideration in connection with a motion to dismiss). Plaintiff's vehement objections are

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

EBAY'S OPP. TO PLAINTIFF'S OBJECTIONS AND
MTN. TO STRIKE SUPPL. MESERVY DECL.
C 07 4487 RMW

1  telling: when the facts alleged in the Complaint are considered in connection with the terms of the
2  parties' agreement, not one of Plaintiff's claims survives legal scrutiny.

3        **A.    Exhibit A to the Supplemental Meservy Declaration Depicts Terms of the
4  Parties' Agreement and Is Proper for Consideration on a Motion to Dismiss.**

5        Plaintiff does not dispute that it is appropriate for the Court to consider documents
6  referenced in Plaintiff's complaint on a motion to dismiss. *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th
7  Cir. 2003); *see also Branch v. Tunnell*, 14 F.3d 449, 453-55 (9th Cir. 1994) (overruled on other
8  grounds in *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1127 (9th Cir. 2002)).  Yet
9  Plaintiff contends that the archived webpage attached as Exhibit A to the Supplemental Meservy
10  Declaration is somehow improper for consideration by the Court.  This contention must be
11  rejected.  Plaintiff's Complaint refers extensively to the terms of the agreement between the
12  parties and purports to assert two breach of contract claims thereon, thus incorporating the
13  agreement and its terms into the Complaint, and making it appropriate for consideration on
14  motion to dismiss.  *See* Compl. ¶¶ 17, 22, 33, 46-47, 53, 74-75.  eBay's help pages are
15  incorporated into, and thus depict terms of, the parties' agreement.  *See* Meservy Decl. Exh. A
16  (User Agreement, "Additional Terms" section); *id.* Exh. I (User Agreement, § 18, "Additional
17  Terms"); *id.* Exh. J (User Agreement, "Additional Terms" section).

18        Exhibit A to the Supplemental Meservy Declaration is an archived eBay help page printed
19  on February 29, 2008 (as indicated in Exhibit A's footer), from the Internet Archive "Wayback
20  Machine" (www.waybackmachine.org or http://www.archive.org/web/web.php), an independent
21  internet archiving entity which, beginning in 1996, has archived millions of pages from the
22  internet, thus capturing them in time.  The Wayback Machine describes itself as "a digital library
23  of Internet sites and other cultural artifacts in digital form.  Like a paper library, we provide free
24  access to researchers, historians, scholars, and the general public."  *See*
25  http://www.archive.org/index.php (last visited March 11, 2008).  The URL provided by the
26  Wayback Machine depicts the date on which the Wayback Machine archived the information
27  from the website as well as the page's URL at the time of archival.  Thus, Exhibit A's URL
28  (http://web.archive.org/web/20031204053425/http://pages.ebay.com/help/sell/find_listing.html)

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

EBAY'S OPP. TO PLAINTIFF'S OBJECTIONS AND
MTN. TO STRIKE SUPPL. MESERVY DECL.
C 07 4487 RMW

1  demonstrates that it was archived by the Wayback Machine on or around December 4, 2003, and
2  at that time, the page was available at the URL http://pages.ebay.com/help/sell/find_listing.html.[1]
3  Plaintiff cannot seriously dispute that this archived webpage (like Exhibit H to the initial Meservy
4  Declaration) is readily available on the Internet and is authentic. *See, e.g., Caldwell v. Caldwell*,
5  420 F. Supp. 2d 1102, 1105 n.3 (N.D. Cal. 2006); *Twentieth Century Fox Film Corp. v. Marvel*
6  *Enterprises, Inc.*, 220 F. Supp. 2d 289, 296 n.9 (S.D.N.Y. 2002); *Richards v. Cable News*
7  *Network, Inc.,* 15 F. Supp. 2d 683, 691 (E.D. Pa. 1998) (all taking judicial notice of web pages).
8  Thus, it is appropriate for consideration by the Court in connection with eBay's Motion to
9  Dismiss.[2]

### B. Court Records from the *Butler* Action Are Likewise Appropriate for Consideration on eBay's Motion to Dismiss.

12  Like the complaint and dismissal order in the *Butler* action, United States District Court
13  for the Northern District of California, Case No. 06-02704 JW (filed April 20, 2006), eBay's
14  motion to dismiss in that action (Exhibit B to the Supplemental Meservy Declaration) is
15  appropriate for judicial notice. *See MGIC Indem. Co. v. Weisman,* 803 F.2d 500, 504 (9th Cir.
16  1986)*; United States v. Wilson,* 631 F.2d 118, 119 (9th Cir. 1980) (each taking judicial notice of
17  court records). eBay has not relied on the *Butler* motion to dismiss for the truth of the facts
18  articulated therein; rather, it was only introduced to demonstrate the timing of eBay's disclosures
19  related to search delays: specifically, at the time the motion to dismiss was filed (on June 7, 2006,
20  over a year before Plaintiff's action was initiated), disclosures relating to search delays were
21  already in place on eBay's website.

---

[1] The current version of this webpage, printed November 13, 2007, was attached as Exhibit G to the initial Meservy Declaration.

[2] Without providing any authority, Plaintiff also contends that the webpage should not be considered by the Court because it was filed in connection with eBay's reply brief, not with eBay's opening papers. There is no merit to this position. It is appropriate to consider new arguments raised on reply. Moreover, eBay was forced to provide this evidence only in response to Plaintiff's incredulous argument presented in its Opposition to eBay's Motion to Dismiss, wherein Plaintiff contended that the terms of the parties' agreement as presently displayed on eBay's website are insufficient to undermine the Complaint's specious allegations regarding a lack of disclosure regarding the alleged delays in item searchability.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

EBAY'S OPP. TO PLAINTIFF'S OBJECTIONS AND
MTN. TO STRIKE SUPPL. MESERVY DECL.
C 07 4487 RMW

**C.     Conclusion**

For the reasons explained herein and in eBay's Request for Judicial Notice and reply brief in support thereof, it is appropriate for the Court to consider the documents affixed to the Meservy Declaration and the Supplemental Meservy Declaration.

Dated: March 12, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)


 /s/Heather C. Meservy
Heather C. Meservy (223782)
Attorneys for Defendant eBay Inc.
Email:  hmeservy@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

EBAY'S OPP. TO PLAINTIFF'S OBJECTIONS AND
MTN. TO STRIKE SUPPL. MESERVY DECL.
C 07 4487 RMW

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the foregoing **eBay's Opposition to Plaintiff's Objections and Motion to Strike Supplemental Declaration** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the following listed email addresses.

Kevin K. Eng                                email: keng@mzclaw.com

Edward Scott Zusman                         email: ezusman@mzclaw.com

Noah Shube                                  email: nshube@yahoo.com

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery on this 12th day of March on the addressees listed below:

Ilan Chormosky                              Frank Jablonski
Chorowsky Law Offices                       Progressive Law Group, LLC
1130 N. Dearborn Street                     354 West Main St.
Suite 3110                                  Madison, WI 53703
Chicago, IL 60610

*Kendra Jones* (signature)
Kendra Jones
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
FAX: (858) 550-6420
Email: kjones@cooley.com

Cooley Godward Kronish LLP
Attorneys At Law
San Diego

5.

eBay's Opp. to Plaintiff's Objections and
Mtn. to Strike Suppl. Meservy Decl.
C 07 4487 RMW