UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: March 14, 2008

Case No. C-07-04487-RMW    JUDGE: Ronald M. Whyte

THE MISSING LINK    -V- EBAY, INC.
Title

K. Eng    H. Meservy & A. Sand
**Attorneys Present**    **Attorneys Present**

COURT CLERK: Jackie Garcia    COURT REPORTER: Irene Rodriguez

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

ORDER AFTER HEARING

Hearing Held. The Court heard oral argument from both sides and the Court took this matter under submission. The Court to issue a ruling to the parties. The matter is deemed submitted.