IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MISSING LINK, INC., et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>EBAY, INC.,<br><br>    Defendant. | CASE NO.: C-07-04487 RMW<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for April 25, 2008 at 10:30 a.m. before the Honorable Judge Ronald M. Whyte has been Rescheduled to **May 9, 2008 at 10:30 a.m** before the Honorable Judge Ronald M. Whyte**.** Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED:  April 23, 2008

                                              /s/ Corinne Lew
                                              Courtroom Deputy

Copy of Order E-Filed to Counsel of Record: