UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: May 9, 2008

Case No. C-07-04487-RMW       JUDGE: Ronald M. Whyte

THE MISSING LINK, INC., et al.        -V- EBAY, INC.
Title

K. Eng                                               J. Leventhal, A. Sand
Attorneys Present (Plaintiff)              Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia         COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held.  Plaintiff to file an amended complaint.  Within 15 days of service of the amended complaint, defendant to file a motion to dismiss.  The Court will set a Further Case Management Conference on the same day as the hearing on the motion to dismiss.  Defendants to prepare order following the conference.