COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 07 4487 RMW<br><br>**[PROPOSED] ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

**THIS MATTER**, having come before the Court for a Case Management Conference on May 9, 2008, and the Court having considered the parties' respective arguments and the proposed discovery schedule submitted by plaintiff:

The Court finds that discovery may commence limited to the class period and related to only: (1) policies and procedures with respect to listings by eBay sellers regarding how to determine when and whether such listings are searchable; and (2) printed procedures on eBay's website or otherwise publicly available. Discovery shall be limited to written discovery only on these two topics. The Court finds that further discovery at this time is premature until the pleadings are determined.

///

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER FOLLOWING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07 4487 RMW

The Court further finds that, should eBay elect to file a motion to dismiss plaintiff's amended complaint, such motion shall be filed within 15 days of service of the amended complaint and shall be noticed no more than 40 days from the date of filing the motion.

**IT IS SO ORDERED**.

Dated: _____, 2008

_____
Ronald M. Whyte
United States District Judge

587836 v1/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

[PROPOSED] ORDER FOLLOWING
CASE MANAGEMENT CONFERENCE
CASE NO. C 07 4487 RMW