# Exhibit A

Home > Help Topics > Selling > Listing Your Item > Fees > Store Fees

## eBay Stores Fees

View Fees for: eBay.com | eBay Motors | **eBay Stores** | Ad Format | Real Estate | PayPal

### Subscription Fees

As an eBay Store owner, you'll pay the monthly subscription fee corresponding to your Store level.

Learn more about the benefits of each subscription level.

| Subscription Fees | |
|---|---|
| Store Level | Fee |
| Basic | $15.95 / month |
| Featured | $49.95 / month |
| Anchor | $499.95 / month |

### Store Inventory format basic fees

As an eBay Store owner, you'll have access to an additional listing format called Store Inventory format. Use this format to list your items at a set price, so buyers can purchase items immediately (no bidding).These listings have a longer duration and lower Insertion Fees but have limited visibility compared to the Online Auction and Fixed Price formats. If your item sells, you also pay a Final Value Fee.

**Note:** Store Inventory listings appear in your Store with other regular Online Auction and Fixed Price listings. They also appear in a distinct place on ebay.com search results pages.

| Insertion Fees | |
|---|---|
| Duration | Insertion Fee |
| 30 days | $0.02 |
| Good 'Til Cancelled* | $0.02 / 30 days |

**Note:** The Insertion Fee covers any quantity of items with a single listing, whether you list 1 or 1, 000 of the same item.

*Good 'Til Cancelled listings will be charged the relevant fees every 30 days.

| Final Value Fees | |
|---|---|
| Closing Price | Final Value Fee |
| Item not sold | **No Fee** |
| US$0.01 – US$25.00 | **8.00%** of the closing price |
| US$25.01 – US$1,000.00 | **8.00%** of the initial US$25.00 (US$2.00), **plus 5.00%** of the remaining closing value balance (US$25.01 to US$1,000.00) |
| Over US$1,000.01 | **8.00%** of the initial US$25.00 (US$2.00), **plus 5.00%** of the initial US$25.01 – US$1,000.00 (US$48.75) **plus 3.00%** of the remaining closing value balance (US$1,000.01 – closing value) |



home | pay | register | site map

Buy | Sell | My eBay | Community | Help

Hello! Sign in or register.

Start new search    Search
Advanced Search

Home > Sell > Seller Central > Advanced Selling > Stores > eBay Stores FAQ

### eBay Stores Login

Manage My Store

Open a Store, click here

### New to eBay Stores

- What's an eBay Store
- Why Open a Store
- Subscriptions and Fees
- Success Stories

### eBay Stores Toolkit

- Overview
- Build Your Store
  - Anatomy of a Store
  - Custom Store Header
- Manage Your Sales
  - Listing Strategies
  - Markdown Manager
- Promote Your Store
- Track Your Success
- Checklist for Success
- Tutorials

### Related Links

- Latest News
- Stores News Group
- Stores Discussion Board
- Featured Store Benefits
- **Frequently Asked Questions**
- Stores Glossary
- Additional Resources

### Related Sales Channels

- eBay Express
- Shopping.com
- ProStores
- PayPal

## eBay Stores FAQs

### General
- What's an eBay Store?
- Why Open an eBay Store?
- Who can open an eBay Store?
- Is an eBay Store right for me?

### Subscription Levels
- What level Store should I open?
- Where will my Store appear in the eBay Store Directory?
- How can I feature my Store within the eBay Store Directory?

### Store Inventory
- What is Store Inventory?
- Will Store Inventory listings show up in eBay search and browse results?
- Can my Store Inventory listings be found on other search engines and shopping sites?
- How can buyers filter the main search results to show only Store Inventory listings?
- How does the sort order work for Store Inventory items?
- Is there a way to jump to the break between Store Inventory results and Auction-style and Fixed Price results?

### Listing Management
- How do I list in my eBay Store?
- Which items appear in my eBay Store?

### Store Design
- Can I use HTML to design my storefront?
- How can I make changes to my Store?

### Good 'Til Cancelled
- What is a Good 'Til Cancelled (GTC) listing duration?
- Can I add GTC to an existing listing?
- What fees are associated with GTC listings?
- How do I end my GTC listing?

### Promoting My Store
- How does eBay help me promote my Store to its millions of users?
- What's the best way to get people to my Store?
- What is a Store Referral Credit?
- What is Export Seller Listings?

### Cross-Promotions
- What does the Cross-Promotions tool do?
- Who can use the Cross-Promotions tool?
- How can I change my Cross-Promotions?

### Listing Frame
- What is the Listing Frame?
- Why would I want to use the Listing Frame?
- Does this feature replace the Custom Listing Header?
- I already have a list of my Store categories and links to my Store in my item description, why should I use Listing Frame?
- How do I turn on and customize the parts of the Listing Frame I want to display on all of my item descriptions?
- Can I turn the Listing Frame for only some of my listings?
- Will the Listing Frame have any impact on my existing listing description template?
- What elements can I customize on the Custom Listing Header section of the Listing Frame?

### Store Categories
- How many categories can I create?
- How many Store categories should I use?

Q. How can I make changes to my Store?
A. You can make changes to your eBay Store at any time by going to your Manage My Store page, located in the left hand navigation column of My eBay. For example, you can change your logo, store name or categories.

**Good 'Til Cancelled**

Q. What is a Good 'Til Cancelled (GTC) listing duration?
A. Good 'Til Cancelled (GTC) is Stores fixed price listing duration that allows you to list an item and have that listing automatically renew every 30 days as long as there is quantity available. This listing will recur each 30-day period until you choose to end this listing and will maintain the same listing number for the entire life of the listing. eBay will not end this listing for you.

Q. Can I add GTC to an existing listing?
A. No, GTC can only be selected for a new listing. If you wish to use GTC for an existing listing you must end that listing and relist it with the GTC duration.

Q. What fees are associated with GTC listings?
A. There are no additional fees for using the GTC duration option but you will be charged your Store Inventory listing fee and all associated optional listing fees every 30 days until you choose to end this listing.

Q. How do I end my GTC listing?
A. You can end your GTC listing by going to My eBay, clicking on the Selling link in the left hand column, selecting the GTC listing you want to end and then selecting "End Item" from the drop down action menu.

**Promoting My Store**

Q. How does eBay help me promote my Store to its millions of users?
A. Your eBay Store is promoted to eBay's millions of users in several ways:
- All of your listings contain an eBay Store icon that links buyers back to your eBay Store
- The eBay Store icon that links buyers back to your Store also appears next to your User ID for extra visibility
- The eBay Store Directory drives buyers back to your Store
- eBay Stores rotate through the "Shop eBay Stores" section of the left navigation of all search and browse pages.
- Your eBay Store comes with your own personalized website address so you can drive buyers directly to your Store

Q. What's the best way to get people to my Store?
A. Users have a variety of methods to drive traffic to their Store, including links to specific Store Inventory listings, links to their customized Store, links to a customized Store category landing page. To learn strategies on how to drive traffic back to your Store, click here

Q. What is a Store Referral Credit?
A. Promoting your eBay Store in emails, printed materials, and other Web sites can really boost your sales. eBay will give you a 75% credit on your Final Value Fees when your marketing efforts generate sales of your Store Inventory format listings. Here's how it works:
- You promote your eBay Store or your Store Inventory items from locations outside of eBay, such as other Web sites, emails to buyers, print advertisements, etc.
- A user sees your promotion and goes directly to your eBay Store or one of your Store Inventory items.
- The user purchases one of your Store Inventory items.
- On your monthly invoice, you are charged the regular Final Value Fee, but you also receive a Store Referral Credit. Like the Final Value Fee, the Store Referral Credit is based on the final value of the item. The Store Referral Credit is roughly equal to 75% of the standard Final Value Fee.

Learn more about how to qualify for the Store Referral Credit or click here for Store Referral Credit FAQs.

Q. What is Export Seller Listings?
A. Store sellers can opt to have eBay make an XML file of their listings available for pickup by other search engines or shopping comparison sites. Learn more about Export Seller Listings.

**Cross-Promotions**

Q. What does the Cross-Promotions tool do?
A. eBay Stores' Cross Promotion tool gives all sellers complete control over which products are cross-promoted to their buyers, thereby allowing Store sellers to show the right product at the right time to the right buyer. Cross-promotions help sellers sell more because they prominently display the other items they're offering, thereby encouraging buyers to purchase additional items or higher-value items. To see how it works, visit the Cross-Promotions tutorial.

Q. Who can use the Cross-Promotions tool?
A. The Cross-Promotions tool is available ONLY for eBay Store sellers. Only eBay Store sellers can choose which items to up-sell on all of their View Item pages and which items to cross-sell on all of their Bid Confirm and Purchase Confirm pages.

Q. How can I change my Cross-Promotions?
A. You can change your Cross-Promotions easily using the new tool. You can: