Edward S. Zusman (SBN 154366)
Kevin K. Eng (SBN 209036)
MARKUN ZUSMAN & COMPTON, LLP
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 438-4515
Facsimile: (415) 434-4505

Ilan Chorowsky (Admitted Pro Hac Vice)
Chorowsky Law Offices
1130 N. Dearborn Street
Suite 3110
Chicago, IL 60610
Telephone: (312) 643-5893
Facsimile: (312) 643-5894

Frank Jablonski (Admitted Pro Hac Vice)
Progressive Law Group LLC
354 W. Main Street
Madison, WI 53703
Telephone: (608) 258-8511
Facsimile: (608) 442-9494

Noah Shube (Admitted Pro Hac Vice)
The Law Offices of Noah Shube
434 Broadway, Sixth Floor
New York, NY 10013
Telephone: (212) 274-8638

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>EBAY INC.,<br><br>          Defendant. | Case No. C 07 4487 RMW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15; MEMORANDUM IN SUPPORT**<br><br>Date:         July 18, 2008<br>Time:        9:00 a.m.<br>Courtroom: 6, 4th Floor<br>                   Hon. Ronald M. Whyte |

///

1

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-4487 RMW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday, July 18, 2008 at 9:00 a.m., or as soon thereafter as this motion may be heard, Plaintiff The Missing Link, Inc., d/b/a Bath Plus Inc., individually and on behalf of all others similarly situated will move for leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. The motion shall be based on this Notice of Motion and Motion, and the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

May 27, 2008    MARKUN ZUSMAN & COMPTON LLP


By: ___/s/ Kevin K. Eng_____
    Edward S. Zusman
    Kevin K. Eng

Attorneys for The Missing Link, Inc. d/b/a Bath Plus, Inc., on behalf of itself all others similarly situated

---

1

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-4487 RMW

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    INTRODUCTION

Plaintiff, The Missing Link, Inc., on behalf of itself and all others similarly situated ("Plaintiff" or "Missing Link"), by its counsel, respectfully submits this Motion for Leave to File Second Amended Complaint.

On August 29, 2007, Plaintiff filed this action, asserting causes of action for breach of contract, unjust enrichment, and violation of the California Unfair Competition Law ("UCL"), California Business and Professions Code section 17200. The complaint sought relief for two classes: the "Listing Class" and the "Good Until Cancelled Class" ("GUC Class"). Defendant eBay, Inc. moved to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

By order dated May 5, 2008 (the "Order"), the Court dismissed, without prejudice, Plaintiff's Fourth Cause of Action, for breach of contract, which applied to the GUC Class. That claim sought relief arising out of Defendant's attempts to raise fees for sellers' "Good 'Til Cancelled" listings, in order to decrease its pool of the low-priced, long-term Good 'Til Cancelled listings for sellers like the Plaintiff.

In the Order, the Court granted Plaintiff leave to amend its breach of contract claim, and to set forth a separate claim for breach of the covenant of good faith and fair dealing, as to allegations pertaining to Good 'Til Cancelled listings. Plaintiff's First Amended Complaint does so. (*See* Document No. 44, at 16-22 (alleging, in Fourth and Fifth Causes of Action, claims for breach of contract and breach of covenant of good faith and fair dealing on behalf of the Good Until Cancelled Class.)

In addition to these causes of action, Plaintiff requests leave of the Court to add an additional cause of action applicable to the GUC Class. The Proposed Sixth Cause of Action, set forth in the proposed Second Amended Complaint (a copy of which is attached hereto as Exhibit A pursuant to Civil L.R. 10-1), alleges violations of the UCL premised on eBay's increases of Good 'Til Cancelled fees.

///

The Proposed Sixth Cause of Action arises in part from the same course of conduct giving rise to the Fourth and Fifth Causes of Action. In light of the Order, which permitted leave to re-plead the claims for breach of contract and breach of the covenant of good faith and fair dealing, Plaintiff contends that its request to add the proposed UCL claim for the GUC Class is well-taken. Facts giving rise to Plaintiff's claims in Count V also pertain to the claims asserted in Count VI.

Plaintiff's Motion does not prejudice the Defendant nor is it meant to delay these proceedings.[1]

## II.  DISCUSSION

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given whenever justice so requires." FED. R. CIV. P. 15(a). The Ninth Circuit has repeatedly stated that this mandate is to be applied with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003); *Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987). Leave to amend is especially appropriate where, as here, the party seeks leave to amend for the first time. *See*, *e.g., United Union of Roofers, Waterproofers, & Allied Trades No. 40 v. Insurance Corp. of America*, 919 F.2d 1398, 1402 (9th Cir. 1990) (reversing order denying first request for leave to amend). Leave should be denied only in the "rare" case that the non-moving party has demonstrated that the amendment is "clearly frivolous." *Id*. at 1402.

Plaintiff submits that good cause exists here under each the above standards. This is the first time that Plaintiff has sought leave to amend the complaint. Also, this motion comes at an early stage of the proceedings, and is concurrently filed with Plaintiff's First Amended Complaint. Further, the Proposed Sixth Cause of Action does not materially alter the complexion of this litigation. The proposed UCL claim is in part premised on the very same conduct that was

---

[1] Plaintiff is cognizant of the Court's forthcoming case management order, for which a proposed form of order has been lodged, and which Plaintiff anticipates the Court will enter. In the proposed case management order, Defendant is to have 15 days from the filing of Plaintiff's amended complaint to file a responsive pleading. Plaintiff respectfully requests that the Court establish a briefing schedule for Count VI to facilitate the most efficient and expeditious adjudication of the pleadings possible.

2

1  alleged in the original complaint.  Further, Plaintiff is already asserting a UCL claim on behalf of
2  the Listing Class.  The addition of the Proposed Sixth Cause of Action will not materially alter
3  the litigation.

### III.  CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the motion for leave to file a Second Amended Complaint, the form of which is attached hereto as Exhibit A, that an appropriate briefing schedule be entered to facilitate and efficient and expeditious adjudication of the pleadings, and for such other and further relief as the Court deems proper.

Respectfully submitted,

May 27, 2008                    MARKUN ZUSMAN & COMPTON LLP

By: __/s/ Kevin K. Eng_____
    Edward S. Zusman
    Kevin K. Eng

Attorneys for The Missing Link, Inc. d/b/a Bath Plus, Inc., on behalf of itself all others similarly situated

3

PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT – C 07-4487 RMW