1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA  92121
4  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
5
   Attorneys for Defendant eBay Inc.
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | THE MISSING LINK, INC., d/b/a BATH        | Case No.  C 07 4487 RMW
   | PLUS INC., individually and on behalf of all |
13 | others similarly situated,                 | NOTICE OF MOTION AND MOTION TO
   |                                            | DISMISS FIRST AMENDED COMPLAINT
14 |             Plaintiff,                     | PURSUANT TO FED. R. CIV. PROC.
   |                                            | 12(b)(6); MEMORANDUM OF POINTS AND
15 |     v.                                    | AUTHORITIES IN SUPPORT THEREOF
16 | EBAY INC.,                                 | DEMAND FOR JURY TRIAL
17 |             Defendant.                     | Date:        July 18, 2008
                                                  Time:        9:00 a.m.
18                                                Courtroom:   6, 4th Floor
                                                  Judge:       Hon. Ronald M. Whyte
19

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW

TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| I. | INTRODUCTION | 1 |
| II. | STATEMENT OF FACTS | 2 |
| III. | LEGAL STANDARDS ON RULE 12(B)(6) MOTION TO DISMISS | 3 |
| IV. | ARGUMENT | 3 |
| | A. The FAC Fails to Comply With the Court's May 5, 2008 Order. | 3 |
| |    1. The GUC Class breach of contract claim should be dismissed. | 3 |
| |    2. The GUC Class breach of implied covenant claim should be dismissed. | 4 |
| |    3. The Unjust Enrichment claim is identical to the dismissed version in the Complaint. | 4 |
| V. | CONCLUSION | 5 |

# TABLE OF AUTHORITIES

**PAGE**

**CASES**

*Carma Developers (Cal.), Inc. v. Marathon Dev. Cal., Inc.*
   2 Cal. 4th 342 (1992) .................................................................................................... 4

*Foley v. Interactive Data Corp.*
   47 Cal. 3d 654 (1988) .................................................................................................... 4

*Nat'l Ass'n for Advancement of Psychoanalysis v. Cal. Bd. of Psychology*
   228 F.3d 1043 (9th Cir. 2000) ....................................................................................... 3

*Navarro v. Block*
   250 F.3d 729 (9th Cir. 2001) ......................................................................................... 3

*Paracor Finance, Inc. v. General Elec. Capital Corp.*
   96 F.3d 1151 (9th Cir. 1996) ..................................................................................... 2, 3

*Reddy v. Litton Indus., Inc.*
   912 F.2d 291 (9th Cir. 1990) ......................................................................................... 3

*Warren v. Fox Family Worldwide, Inc.*
   171 F. Supp. 2d 1057 (C.D. Cal. 2001) ......................................................................... 3

**RULES**

Federal Rule of Civil Procedure 12 ..................................................................................... 1, 3

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

ii.

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS MATTER:

PLEASE TAKE NOTICE that on Friday, July 18, 2008 at 9:00 a.m., or as soon thereafter as this motion may be heard, Defendant eBay Inc. will move to dismiss Plaintiff's Third, Fourth and Fifth Causes of Action against eBay set forth in the First Amended Complaint. This motion is made under Federal Rule of Civil Procedure 12(b)(6). eBay moves to dismiss with prejudice on the following grounds: (1) the terms of Plaintiff's contract with eBay completely invalidate Plaintiff's breach of contract claims as to the purported "Good Until Cancelled" Class, as ruled by the Court on May 5, 2008; and (2) Plaintiff simply restated its claim for unjust enrichment despite clear dismissal by the Court from the original Complaint. This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, Declaration of Joseph S. Leventhal In Support Hereof, the pleadings on file, oral argument of counsel, and such other materials and argument as may be presented in connection with the hearing on the motion.

**STATEMENT OF ISSUES TO BE DECIDED**

1. Whether the terms of the contract between Plaintiff and eBay invalidate Plaintiff's breach of contract claims for the purported "Good Until Cancelled" Class.

2. Whether Plaintiff has alleged facts sufficient to comply with the Court's May 5, 2008 Order dismissing certain claims from the original Complaint.

3. Whether Plaintiff is entitled to restate an unjust enrichment claim identical to the one dismissed by the Court on May 5, 2008.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. INTRODUCTION

Plaintiff's First Amended Complaint ("FAC") again claims that eBay breached its agreement with sellers, or otherwise violated the law, by: (1) delaying the searchability of certain listings on eBay's website (the "Listing" Class); and (2) increasing listing fees associated with "Good Until Cancelled" listings after providing over 30 days' advance notice of the impending fee increases (the "GUC" Class). Plaintiff failed to heed the Court's May 5, 2008 ruling that

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

1.

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW

stated: "Based on … the User Agreement, it does not appear that eBay is prohibited from changing the fees associated with past listings provided that it gives users the at least fourteen days' notice (which notice eBay undisputedly gave)." (May 5, 2008 Order at 9:14-16.) The FAC also fails to alter the unjust enrichment claim from the original Complaint. The Court held that this claim failed because it "is barred by the existence of a contract between the parties governing the behavior of which plaintiff complains." (*Id.* at 12:7-13 (citing *Paracor Finance, Inc. v. General Elec. Capital Corp.*, 96 F.3d 1151, 1167 (9th Cir. 1996).) Even though Plaintiff was granted leave to amend the complaint to re-allege the dismissed claims, the FAC does not contain the express provisions of the contract eBay supposedly breached or additional allegations to support the "new" claims.

## II. STATEMENT OF FACTS[1]

On May 5, 2008, the Court granted eBay's Motion to Dismiss Plaintiff's breach of contract claim, related to the GUC Class, and unjust enrichment claim, related to the Listing Class, from the original Complaint. (*See generally* May 5, 2008 Order (hereafter "Order").) Relying on the express terms of the User Agreement, which both sides admit form the basis of Plaintiff's breach of contract claims (*id.* at 6:23-24), the Court stated: "Based on … the User Agreement, it does not appear that eBay is prohibited from changing the fees associated with past listings provided that it gives users the at least fourteen days' notice (which notice eBay undisputedly gave)." (*Id.* at 9:14-16.) The Court also noted that Plaintiff failed to allege the express contractual term upon "which it bases its claim that eBay would not change the monthly insertion fee or final value fee." *Id.* at 9:17-18.

Similarly, the Court rejected Plaintiff's argument that the alleged breach of the implied

---

[1] In the interests of judicial efficiency, eBay hereby incorporates its Notice of Motion and Motion to Dismiss the Complaint and Points and Authorities In Support, the Declaration of Heather C. Meservy in Support of eBay Inc.'s Request for Judicial Notice, eBay's Request for Judicial Notice In Support of eBay's Motion to Dismiss the Complaint, eBay's Reply In Support of its Motion to Dismiss the Complaint, eBay's Reply In Support of its Request for Judicial Notice, the Supplemental Declaration of Heather C. Meservy in Support of eBay Inc.'s Request for Judicial Notice and all other related briefing as though set forth fully herein. (*See* Court Document Nos. 11-13, 33-35, 37.)

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

2.

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW


covenant of good faith and fair dealing saved the GUC Class's breach of contract claim stating, "such a claim is not separately stated." (*Id.* at 9:22-23.) In addition, the Court cautioned that Plaintiff should only amend the complaint to allege such a claim "if possible." (Order at 9:23-25.) The Court also dismissed the unjust enrichment claim holding that it "is barred by the existence of a contract between the parties governing the behavior of which plaintiff complains." (*Id.* at 12:7-13 (citing *Paracor Finance*, 96 F.3d at 1167.)

On May 27, 2008, Plaintiff filed the FAC. But the FAC fails to provide a basis to support the claims already dismissed by the Court.

### III. LEGAL STANDARDS ON RULE 12(b)(6) MOTION TO DISMISS

This Court may dismiss a claim when "there is no cognizable legal theory or an absence of sufficient facts alleged to support a cognizable legal theory." *Navarro v. Block*, 250 F.3d 729, 732 (9th Cir. 2001). "Conclusory allegations of law and unwarranted inferences are insufficient to defeat a motion to dismiss for failure to state a claim." *Nat'l Ass'n for Advancement of Psychoanalysis v. Cal. Bd. of Psychology*, 228 F.3d 1043, 1049 (9th Cir. 2000).

While leave to amend is usually given, it should not be granted if amendment cannot be accomplished "without contradicting any of the allegations of [the] original complaint." *Reddy v. Litton Indus., Inc.*, 912 F.2d 291, 296 (9th Cir. 1990). Here, leave to amend the GUC Class claims or the unjust enrichment claim would be futile and the lack of express facts in the FAC amply demonstrates this point.

### IV. ARGUMENT

#### A. The FAC Fails to Comply With the Court's May 5, 2008 Order.

Because the Complaint's deficiencies are not remedied by the FAC, the Court should dismiss the contract claims related to the GUC Class and the unjust enrichment claim with prejudice.

##### 1. The GUC Class breach of contract claim should be dismissed.

The Court's reasoned analysis in the May 5, 2008 Order recognized that the express terms of the User Agreement permitted eBay to increase its fees so long as it gave the required notice. (Order at 8:22-9:20.) The Court expressly acknowledged that the User Agreement states:

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

3.

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW

> When you list an item or use a service that has a fee you have an opportunity to review and accept the fees that you will be charged based on our Fees schedule, which we may change from time to time. Changes to that Policy are effective after we provide you with at least fourteen days' notice by posting the changes on the Sites.

(*Id.* at 9:1-7 (quoting eBay User Agreement).) Given this language, the undisputed fact that eBay complied with the contractual notice provision (*id.* at 9:6-10) and the fact that Plaintiff failed to allege any express terms of the agreement that were breached, the Court dismissed the breach of contract claim from the Complaint. (*Id.* at 9:17-20.)

The FAC does not add any express terms of the agreement that were allegedly breached and does not allege that eBay somehow failed to comply with the contractual notice. This is unsurprising considering the undisputed facts already found by this Court. Because of the previous ruling and the absence of any additional material factual averments, Plaintiff's breach of contract claim on behalf of the GUC Class fails.

### 2. The GUC Class breach of implied covenant claim should be dismissed.

Similarly, the Court permitted Plaintiff to allege a separate breach of the implied covenant "if possible." But Plaintiff's attempt is inadequate. The breach of the implied covenant claim (Fifth Cause of Action) attacks eBay for relying on the express, unambiguous terms of the written contract and allege that such reliance "is bad faith." (FAC, ¶ 99.) But the covenant of good faith and fair dealing is implied *only to protect the express terms of the contract*. *Foley v. Interactive Data Corp.*, 47 Cal. 3d 654, 690 (1988). "[I]mplied terms should never be read to vary express terms." *Carma Developers (Cal.), Inc. v. Marathon Dev. Cal., Inc.*, 2 Cal. 4th 342, 374 (1992). The Court already recognized that eBay increased fees only upon proper notice and in accordance with the contract's express terms. As such, reliance on the express terms of the contract, regardless of the motivation, cannot be said to be "bad faith." Plaintiff's breach of the implied covenant fails as a result.

### 3. The Unjust Enrichment claim is identical to the dismissed version in the Complaint.

The Court dismissed the unjust enrichment claim from the Complaint with leave to amend. (Order at 12:22-23.) Instead of attempting to amend and allege a viable claim for unjust

Cooley Godward Kronish LLP
Attorneys At Law
San Diego

591040 v3/SD

4.

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW

enrichment, Plaintiff asserts the identical cause of action. Plaintiff claims that this will preserve its right to appeal. (FAC, ¶¶ 65-70, n.1.) But a final judgment is appealable and any right to appeal will be ripe. If Plaintiff wishes to appeal, it need not preserve its right.

## V.   CONCLUSION

Because the FAC fails to remedy the deficiencies from the Complaint and comply with the Court's May 5, 2008 Order, eBay respectfully requests that this Court dismiss with prejudice Plaintiff's third through fifth causes of action.

Dated: June 11, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)


/s/Joseph S. Leventhal
Joseph S. Leventhal (221043)
Attorneys for Defendant eBay Inc.
Email: jleventhal@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591040 v3/SD

5.

NOTICE OF MOTION AND MOTION TO DISMISS
FIRST AMENDED COMPLAINT
C 07 4487 RMW