1  COOLEY GODWARD KRONISH LLP
   MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2  HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
   JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone:   (858) 550-6000
   Facsimile:    (858) 550-6420
5
   Attorneys for Defendant eBay Inc.
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| 12 | THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated, | Case No. C 07 4487 RMW |
|---|---|---|
| 13 | | **[PROPOSED] ORDER GRANTING EBAY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | EBAY INC., | |
| 17 | Defendant. | |

18

19     **THIS MATTER**, having come before the Court on Defendant eBay's Motion to Dismiss the

20  First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6) and the Court having

21  considered all papers and pleadings submitted by the parties, and the oral arguments of counsel

22  made at the hearing,

23     **IT IS HEREBY ORDERED** that eBay's motion to dismiss shall be **GRANTED** and the Third,

24  Fourth and Fifth Causes of Action in Plaintiff's First Amended Complaint shall be **DISMISSED**

25  **WITH PREJUDICE**.

26     **IT IS SO ORDERED**.

27  Dated: _____, 2008

28                                                _____
                                                  Ronald M. Whyte
                                                  United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

591499 v1/SD                    1.               [PROPOSED] ORDER GRANTING EBAY'S
                                                 MOTION TO DISMISS FAC
                                                 CASE NO. C 07 4487 RMW