COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant eBay Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 07 4487 RMW<br><br>**EBAY INC.'S OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: July 18, 2008<br>Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

OPP. TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
CASE NO. C 07 4487 RMW

## I. INTRODUCTION

eBay Inc. ("eBay") opposes Plaintiff's effort to file a Second Amended Complaint while the Court considers the adequacy of the claims in the First Amended Complaint ("FAC"). The proposed Second Amended Complaint ("proposed SAC") adds a cause of action entirely dependent on conduct that the Court already ruled was entirely legal. Because the additional cause of action is futile, it should be rejected.

## II. STATEMENT OF FACTS

On May 5, 2008, the Court granted eBay's Motion to Dismiss Plaintiff's breach of contract claim related to the GUC Class from the original complaint. (*See generally* May 5, 2008 Order (hereafter "Order").) Relying on the express terms of the User Agreement, which both sides admit form the basis of Plaintiff's breach of contract claims (*id.* at 6:23-24), the Court stated: "Based on ... the User Agreement, it does not appear that eBay is prohibited from changing the fees associated with past listings provided that it gives users the at least fourteen days' notice (which notice eBay undisputedly gave)." (*Id.* at 9:14-16.)

The Court cautioned that Plaintiff should only amend the complaint to allege such a claim "if possible." (Order at 9:23-25.) On May 27, 2008, Plaintiff filed the FAC. Also on May 27, 2008, Plaintiff filed a motion for leave to file the proposed SAC in an attempt to add an Unfair Competition Law claim on behalf of the GUC Class. The Unfair Competition Law claim is entirely dependent on the same allegations already dismissed by the Court.

## III. LEGAL STANDARD

The Court can properly deny leave to amend a complaint when such amendment would be futile. *Moore v. Kayport Packaging Exp., Inc.*, 885 F.2d 531, 538 (9th Cir. 1989) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir. 1987)). "Leave to amend need not be given if a complaint, as amended, is subject to dismissal." *Id.* (citations omitted).

## IV. ARGUMENT

The proposed SAC's addition of the Sixth Cause of Action for violation of Cal. Bus. & Prof. Code sections 17200 *et seq.* (hereafter "UCL") is futile because it relies on conduct that the

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

OPP. TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
CASE NO. C 07 4487 RMW

1  Court already ruled was proper and legal. (*See* proposed SAC, ¶¶ 102-108.) Specifically, the
2  UCL claim depends entirely on eBay's increase of fees. But the Court already acknowledged
3  eBay's right to increase its fees, highlighting that the User Agreement states:

> When you list an item or use a service that has a fee you have an opportunity to review and accept the fees that you will be charged based on our Fees schedule, which we may change from time to time. Changes to that Policy are effective after we provide you with at least fourteen days' notice by posting the changes on the Sites.

(Order at 9:1-7 (quoting eBay User Agreement).) Given this language and the undisputed fact that eBay complied with the notice provision (*id.* at 9:6-10), Plaintiff's attempt to bring a UCL claim is futile.

UCL claims are appropriate for dismissal "where the complaint fails to allege facts showing that a business practice is unfair, unlawful or fraudulent." *Bardin v. DaimlerChrysler Corp.*, 136 Cal. App. 4th 1255, 1271 (2006) (affirming dismissal of unfair and fraudulent UCL claims). Here, it is impossible to argue that complying with the express terms of an admittedly valid contract is "unfair, unlawful or fraudulent" And leave to amend to add this claim should be denied.

## V. CONCLUSION

Because Plaintiff's attempt to add a Sixth Cause of Action to the complaint on behalf of the GUC Class would be futile, eBay respectfully requests that this Court deny Plaintiff's request for leave to file a Second Amended Complaint.

Dated: June 27, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)


/s/Joseph S. Leventhal
Joseph S. Leventhal (221043)
Attorneys for Defendant eBay Inc.
Email: jleventhal@cooley.com

593127/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

OPP. TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
CASE NO. C 07 4487 RMW