**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

*E-FILED*

**CIVIL MINUTES**

**DATE: July 18, 2008**

**Case No. C-07-04487-RMW**          **JUDGE: Ronald M. Whyte**

**THE MISSING LINK, INC.                    -V- EBAY, INC.**
**Title**

**K. Eng                                  J. Leventhal**
**Attorneys Present (Plaintiff)            Attorneys Present (Defendant)**

**COURT CLERK: Jackie Garcia            COURT REPORTER: Lee-Anne Shortridge**

**PROCEEDINGS**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT; DEFENDANT'S**
**MOTION TO DISMISS**

**ORDER AFTER HEARING**

**Hearing Held.  The Court heard oral argument from counsel.  The Court's tentative ruling is to grant the motion to dismiss.  The motion to amend is denied (appears futile.)  The Court to send out a final ruling to the parties.  The matter is deemed submitted.**