COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
HEATHER C. MESERVY (223782) (hmeservy@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>         v.<br><br>EBAY INC.,<br><br>                     Defendant. | Case No.  C 07 4487 RMW<br><br>**DEFENDANT EBAY INC.'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:        Hon. Ronald M. Whyte |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

EBAY INC.'S ANSWER TO FAC
C 07 4487 RMW

Defendant eBay Inc. ("eBay") responds as follows to Plaintiff's First Amended Complaint:

## I. ANSWER

eBay denies each and every allegation in Plaintiff's First Amended Complaint ("FAC") except those expressly admitted below.

1. Paragraph 1 is a legal statement that requires no response from eBay.

### PARTIES, JURISDICTION AND VENUE

2. Without admitting that the alleged conduct occurred, eBay admits the allegations of Paragraph 2.

3. Without admitting that the alleged conduct occurred, eBay admits the allegations of Paragraph 3.

4. eBay admits the allegations of Paragraph 4.

5. eBay denies the allegations of Paragraph 5.

6. eBay admits that plaintiff has or "had one or more seller's accounts" on eBay.com. Except as expressly admitted, eBay denies the allegations in Paragraph 6.

### JURISDICTION AND VENUE

7. Without admitting that the alleged conduct occurred, eBay admits the allegations of Paragraph 7.

### CLASS ACTION ALLEGATIONS

8. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 8 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response. eBay denies the remaining allegations of Paragraph 8.

9. Paragraph 9 is a legal statement that requires no response from eBay. To the extent Paragraph 9 requires any response, eBay denies the allegations therein.

10. Paragraph 10 is a legal statement that requires no response from eBay. To the extent Paragraph 10 requires any response, eBay denies the allegations therein.

11. eBay denies the allegations of Paragraph 11.

///

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

EBAY INC.'S ANSWER TO FAC
C 07 4487 RMW

1 **Good Until Cancelled (GUC) Class**

2     a.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 11.a. related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

5     b.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 11.b. related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

8     c.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 11.c. related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

11 **Listing Class**

12     a.    eBay denies the allegations of Paragraph 11.a.

13     b.    eBay denies the allegations of Paragraph 11.b.

14     c.    eBay denies the allegations of Paragraph 11.c.

15     d.    eBay denies the allegations of Paragraph 11.d.

16     e.    eBay denies the allegations of Paragraph 11.e.

17     f.    eBay denies the allegations of Paragraph 11.f.

18     g.    eBay denies the allegations of Paragraph 11.g.

19 12.    eBay denies the allegations of Paragraph 12.

20 13.    eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and on that basis denies them.

22 14.    eBay denies the allegations of Paragraph 14.

23 15.    eBay denies the allegations of Paragraph 15.

## SUBSTANTIVE ALLEGATIONS

25 16.    eBay admits that it is the largest online auction site and that it connects buyers and sellers to transact business. eBay admits that it enables potential buyers to search, browse, bid and/or buy items that are listed by sellers. Except as expressly admitted, eBay denies the allegations in Paragraph 16.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**EBAY INC.'S ANSWER TO FAC**
**C 07 4487 RMW**

1  17.   eBay admits that it publishes the terms of its contract with sellers for listing an item for sale on its website. Except as expressly admitted, eBay denies the allegations in Paragraph 17.

18.   eBay admits the allegations of Paragraph 18.

19.   eBay admits the allegations of Paragraph 19.

20.   eBay admits the allegations of Paragraph 20.

21.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis denies them.

### eBay's Delayed Listing Practice

22.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis denies them.

23.   eBay admits that it permits sellers to list items for sale for 1, 3, 5, 7 or 10 days. Except as expressly admitted, eBay denies the allegations in Paragraph 23.

24.   eBay admits that, upon listing an item on eBay, the listing begins immediately unless the seller chooses a "scheduled listing" option. Except as expressly admitted, eBay denies the allegations in Paragraph 24.

25.   eBay admits that it sends sellers email messages after the seller completes the "Sell Your Item" form and after the end of an auction. Except as expressly admitted, eBay denies the allegations in Paragraph 25.

26.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the hypothetical allegations in Paragraph 26 and on that basis denies them.

27.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and on that basis denies them.

28.   eBay denies the allegations of Paragraph 28.

29.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis denies them.

30.   eBay denies the allegations of Paragraph 30.

31.   eBay denies the allegations of Paragraph 31.

32.   eBay denies the allegations of Paragraph 32.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

EBAY INC.'S ANSWER TO FAC
C 07 4487 RMW

1  33.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis denies them.

**eBay's Imposition of Rate Hikes for "Good Until Cancelled" Store Listings**

34.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 34 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

35.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 35 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

36.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 36 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

37.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 37 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

38.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 38 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

39.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 39 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

40.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 40 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

41.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 41 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

42.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 42 related to

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

**eBAY INC.'S ANSWER TO FAC**
**C 07 4487 RMW**

the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

43. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 43 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

44. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 44 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

## FIRST CAUSE OF ACTION

### Breach of Contract

### (Listing Class)

45. eBay incorporates by reference its answers to Paragraphs 1-44.

46. eBay denies the allegations of Paragraph 46.

47. eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis denies them.

48. eBay denies the allegations of Paragraph 48.

49. eBay denies the allegations of Paragraph 49.

50. eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and on that basis denies them.

51. eBay denies the allegations of Paragraph 51.

52. eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and on that basis denies them.

53. eBay denies the allegations of Paragraph 53.

54. eBay denies the allegations of Paragraph 54.

55. eBay denies the allegations of Paragraph 55.

/ / /

/ / /

/ / /

1 **SECOND CAUSE OF ACTION**

2 **Violation of California Business and Professions Code §17200** *et seq.*

3 **(Listing Class)**

4   56.   eBay incorporates by reference its answers to Paragraphs 1-55.

5   57.   eBay denies the allegations of Paragraph 57.

6   58.   eBay denies the allegations of Paragraph 58.

7   59.   eBay denies the allegations of Paragraph 59.

8   60.   eBay denies the allegations of Paragraph 60.

9   61.   eBay lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and on that basis denies them.

11  62.   eBay denies the allegations of Paragraph 62.

12  63.   eBay denies the allegations of Paragraph 63.

13  64.   eBay denies the allegations of Paragraph 64.

14  **THIRD CAUSE OF ACTION**

15  **Unjust Enrichment**

16  65.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 65 related to the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

19  66.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 66 related to the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

22  67.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 67 related to the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

25  68.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 68 related to the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

28  69.   Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 69 related to

1  the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

70.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 70 related to the Unjust Enrichment cause of action have been dismissed; therefore, the allegations require no response.

## FOURTH CAUSE OF ACTION

### Breach of Contract

### (Good Until Cancelled Class)

71.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 71 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

72.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 72 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

73.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 73 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

74.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 74 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

75.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 75 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

76.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 76 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

77.  Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 77 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

7.

eBAY INC.'S ANSWER TO FAC
C 07 4487 RMW

1 response.

2 78.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 78 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

79.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 79 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

80.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 80 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

81.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 81 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

82.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 82 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

83.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 83 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

84.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 84 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

85.    Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 85 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

/ / /

/ / /

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

8.

eBAY INC.'S ANSWER TO FAC
C 07 4487 RMW

# FIFTH CAUSE OF ACTION

## Breach of Covenant of Good Faith and Fair Dealing

### (Good Until Cancelled Class)

86. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 86 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

87. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 87 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

88. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 88 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

89. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 89 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

90. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 90 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

91. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 91 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

92. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 92 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

93. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 93 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

94. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 94 related to

1  the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

2  95. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 95 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

96. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 96 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

97. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 97 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

98. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 98 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

99. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 99 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

100. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 100 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

101. Pursuant to the Court's August 11, 2008 Order, the allegations of Paragraph 101 related to the "Good Until Cancelled" Class have been dismissed; therefore, the allegations require no response.

/ / /
/ / /
/ / /
/ / /
/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

10.

**EBAY INC.'S ANSWER TO FAC**
**C 07 4487 RMW**

**PRAYER FOR RELIEF**

**WHEREFORE**, eBay requests that this Court:

1. Deny Plaintiff's prayer for relief in its entirety, and that this Court enter judgment in eBay's favor and against Plaintiff;

2. Award eBay costs of suit incurred in defense of this action; and

3. Order such other relief as the Court deems proper.

**REQUEST FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b) and Civil L.R. 3-6, eBay hereby requests a jury trial as to all the issues to which it is so entitled.

Dated: September 2, 2008

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
HEATHER C. MESERVY (223782)
JOSEPH S. LEVENTHAL (221043)

/s/Joseph S. Leventhal
Joseph S. Leventhal (221043)
Attorneys for Defendant eBay Inc.
Email: jleventhal@cooley.com

601650 v1/SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

11.

eBay Inc.'s Answer to FAC
C 07 4487 RMW