1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11  THE MISSING LINK, INC., d/b/a BATH          Case No. C 07 4487 RMW
    PLUS INC., individually and on behalf of all
12  others similarly situated,

13                          Plaintiff,          [PROPOSED] ORDER GRANTING
                                                PLAINTIFF'S UNOPPOSED MOTION
14  v.                                          FOR LEAVE TO FILE SECOND
                                                AMENDED COMPLAINT
    EBAY INC.,
15
                            Defendant.
16

17

18          The Court has reviewed Plaintiff's Unopposed Motion For Leave To File A Second

19  Amended Complaint.  The Court finds that prejudice and delay will not result from the filing of

20  the Second Amended Complaint.  Good cause being shown, the Court hereby GRANTS

21  Plaintiff's motion.  Plaintiff shall e-file its Second Amended Complaint within five court days of

22  this Order.  The May 1, 2009 hearing date on plaintiff's motion is

23  hereby vacated.

24  Dated: _      April 16 ____, 2009      _____
                                          RONALD M. WHYTE
25                                        United States District Judge

26

27

28

                                             1