1

2

3

4                                                    **E-FILED on**  ___2/8/10_____

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12   THE MISSING LINK, INC., d/b/a BATH          No. C-07-04487 RMW
     PLUS INC. and JEFFREY MARKS,
13   individually and on behalf of others similarly
     situated,
14                                               ORDER GRANTING IN PART AND
                      Plaintiffs,                DENYING IN PART PLAINTIFFS' MOTION
15                                               TO FILE DOCUMENTS UNDER SEAL
           v.
16                                               **[Re Docket No. 96]**
     EBAY, INC.,
17
                      Defendant.
18

19

20         Plaintiffs, The Missing Link, Inc. and Jeffrey Marks, move to file Exhibit G of Plaintiffs'

21   Renewed Motion To Compel Discovery Responses under seal.  Exhibit G contains excerpts of

22   defendant eBay, Inc.'s supplemental responses and objections to plaintiffs' first set of interrogatories.

23   Plaintiffs move to seal Exhibit G in its entirety.

24         A request to seal must establish that the document, or portions thereof, is privileged or

25   protectable as a trade secret or otherwise entitled to protection under the law.  N.D. Cal. Civ. R. 79-

26   5(a).  The request must be narrowly tailored to seek sealing only of sealable material.  *Id.*  Having

27   reviewed the contents of Exhibit G, the court finds that portions of Exhibit G are not privileged or

28

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL—No.
C-07-04487 RMW
DMM

United States District Court
For the Northern District of California

<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1  protectable as trade secrets.  Plaintiffs have not narrowly tailored their request to seek sealing only

2  of sealable material.

3          On January 29, 2010, defendant eBay, Inc. ("eBay") submitted a public version of the

4  supplemental responses in Exhibit G, with selected excerpts redacted.  *See* Docket No. 102-2.  The

5  court finds that the redacted portions of the supplemental responses contain highly sensitive aspects

6  of eBay's business operations.

7          Though plaintiffs have not demonstrated good cause to seal Exhibit G in its entirety, the

8  court finds good cause to seal the selected excerpts of the supplemental responses that eBay redacted

9  in its January 29, 2010 filing.  Accordingly, the court grants plaintiffs' motion to file under seal these

10  selected excerpts in Exhibit G and denies the motion in all other respects.  The court orders Missing

11  Link to file a public version of Exhibit G with the sealed excerpts redacted.

12

13

14  DATED:        2/8/10                                      *Ronald M Whyte*

15                                                           RONALD M. WHYTE
                                                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL—No.
C-07-04487 RMW
DMM                                               2

**United States District Court**
For the Northern District of California

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Edward S. Zusman          ezusman@mzclaw.com
Frank Jablonski           frankj@progressivelaw.com
Ilan J. Chorowsky         ichorowsky@gmail.com
Kevin K. Eng              keng@mzclaw.com
Noah Shube                nshube@yahoo.com

**Counsel for Defendants:**

Michael G. Rhodes         rhodesmg@cooley.com
Heather C. Meservy        hmeservy@cooley.com
Joseph S. Leventhal       leventhaljs@cooley.com
Sarah R. Boot             sboot@cooley.com
Whitty Somvichian         wsomvichian@cooley.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      2/8/10                          CCL
                                     **Chambers of Judge Whyte**

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL—No.
C-07-04487 RMW
DMM                                    3