UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., and JEFFREY MARKS individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EBAY INC.,<br><br>        Defendant. | Case No.  07 cv 04487 RMW (PVT)<br><br>**ORDER GRANTING DEFENDANT EBAY INC.'S MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL** |
| MICHAEL EWERT, on behalf of himself and for the benefit of all with common or general interest, any persons injured, and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EBAY INC., and DOES 1 THROUGH 100, inclusive<br><br>        Defendant. | Case No.  07 cv 02198 RMW (PVT) |

1  Having reviewed Defendant eBay Inc.'s ("eBay") Motion to File Portions of Documents Under Seal and eBay's Declaration in support thereof, the Court finds the parties have demonstrated good cause to seal the portions of the following documents which have been redacted by eBay:

- eBay's Opposition to Plaintiffs The Missing Link, Inc. and Jeffrey Marks' Motion for Class Certification ("eBay's Opposition Brief")
- Declaration of Jonathan Watkins in support of eBay's Opposition Brief
- eBay's Supplemental Responses to Missing Link's Interrogatories
- Transcript of eBay's 30(b)(6) Deposition with Deponent Nate Etter
- eBay's Expert Report, drafted by Dr. Stephen Prowse

The Court hereby GRANTS Plaintiffs' Motion to File Portions of Documents Under Seal.

IT IS SO ORDERED.

Dated: February 8, 2010

By: *Ronald M. Whyte*
Ronald M. Whyte
United States District Judge