UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., and JEFFREY MARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 07 4487 RMW (PVT)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL** |

Before the Court is Plaintiffs' Motion To File Document Under Seal. The Court has reviewed the submissions of the parties. The Court finds that Plaintiffs have demonstrated good cause. The Court hereby GRANTS Plaintiffs' Motion To File Document Under Seal. The selected excerpts of Exhibits 5 and 11 of the Declaration of Ilan Chorowsky In Support of Plaintiffs' Motion For Class Certification that were redacted in Exhibits B and C to the Declaration of Edward Torpoco In Support of Plaintiffs' Motion to File Documents Under Seal shall be filed under seal.

Dated: February 22, 2010

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

1

ORDER GRANTING MOTION TO SEAL – C 07-4487 RMW (PVT)