UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., dba BATH PLUS INC., et al.,<br><br>             Plaintiffs,<br><br>  v.<br><br>EBAY, INC.,<br><br>             Defendant. | Case No.: C 07-4487 RMW (PVT)<br><br>**ORDER CONTINUING HEARING AND SOLICITING RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' RENEWED MOTION TO COMPEL DISCOVERY RESPONSES** |

On October 13, 2009, Plaintiffs filed a motion to compel discovery responses. Defendant opposed the motion, noting that it had already supplemented some of its responses, and would be providing further supplementation. Plaintiffs' reply notes that Defendant had not yet completed its supplementation. In order to allow Plaintiffs to review Defendant's supplemental responses, and for further meet and confer by the parties, the court vacated the hearing on Plaintiffs' motion and set a deadline for Defendant to complete its supplementation. The court provided that, in the event the supplementation and further meet and confer did not resolve the discovery dispute, Plaintiffs could renew their motion on two weeks notice, that Defendant's opposition would be due one week before the hearing, and that no reply shall be filed absent leave of court. On January 22, 2010, Plaintiffs filed a renewed motion to compel. Defendant timely opposed the motion. Based on the moving and opposition papers, and the file herein,

ORDER, *page 1*

1     IT IS HEREBY ORDERED that the hearing on Plaintiffs' renewed motion to compel is
2 CONTINUED to March 16, 2010. No later than March 9, 2010, Plaintiffs shall file a reply to
3 Defendant's opposition brief.
4 Dated: *3/1/10*

                                                                                    *Patricia V. Trumbull*
                                                                                     PATRICIA V. TRUMBULL
                                                                                     United States Magistrate Judge