1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  THE MISSING LINK, INC., d/b/a BATH          Case No. C 07 4487 RMW (PVT)
    PLUS INC., and JEFFREY MARKS,
12  individually and on behalf of all others    **ORDER GRANTING PLAINTIFF'S**
    similarly situated,                         **MOTION TO FILE DOCUMENTS**
13                                              **UNDER SEAL**
                      Plaintiff,
14  v.

15  EBAY INC.,

16                   Defendant.

17

18      Before the Court is Plaintiffs' Motion To File Document Under Seal.  The Court has

19  reviewed the submissions of the parties.  The Court finds that Plaintiffs have demonstrated good

20  cause.  The Court hereby GRANTS Plaintiffs' Motion To File Documents Under Seal.  Portions

21  of Plaintiffs' Reply In Support of Motion For Class Certification (at pages 10, 16, and 18) and the

    Second Declaration of Ilan Chorowsky In Support of Plaintiffs' Motion For Class Certification (at
22
    paragraphs 6-7, and portions of Exhibits 5, 6, 7, and 8) shall be filed under seal.
23

24  Dated: March 9, 2010                _Ronald M. Whyte_____

25                                      RONALD M. WHYTE
                                        United States District Judge
26

27

28
                                          1