UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., dba BATH PLUS INC., et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>EBAY, INC.,<br><br>                Defendant. | Case No.: C 07-4487 RMW (PVT)<br><br>**ORDER FURTHER CONTINUING HEARING AND SOLICITING *JOINT* SUPPLEMENTAL BRIEFING** |

On October 13, 2009, Plaintiffs filed a motion to compel discovery responses. Defendant opposed the motion, noting that it had already supplemented some of its responses, and would be providing further supplementation. Plaintiffs' reply noted that Defendant had not completed its supplementation. In order to allow Plaintiffs to review Defendant's supplemental responses, and for further meet and confer by the parties, the court vacated the hearing on Plaintiffs' motion and set a deadline for Defendant to complete its supplementation. The court provided that, in the event the supplementation and further meet and confer did not resolve the discovery dispute, Plaintiffs could renew their motion on two weeks notice, that Defendant's opposition would be due one week before the hearing, and that no reply shall be filed absent leave of court.

On January 22, 2010, Plaintiffs filed a renewed motion to compel. Defendant timely opposed the motion. After reviewing the papers, on March 2, 2010, the court issued an additional order

soliciting a reply from Plaintiffs, which has now been filed.  Based on the moving and opposition papers, and the file herein,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' renewed motion to compel is CONTINUED to 10:00 a.m. on April 2, 2010 (due to the court's current calendar, this motion is being specially set on a day other than this court's normal law and motion calendar).

IT IS FURTHER ORDERED that, no later than March 30, 2010, the parties shall file a ***joint*** supplemental brief.  The joint supplemental brief shall be organized by the specific discovery requests in dispute.  Following each discovery request (stated in full), the parties shall set forth the following: 1) a verbatim reiteration of Defendant's original objections and response, and any supplemental response(s); 2) Plaintiffs' position regarding what responsive information or documents they contend remain missing; and 3) Defendant's response.  The court anticipates that the parties will use the process of creating this joint supplemental brief as an opportunity to conduct a more productive meet and confer process.  And for those items the parties cannot resolve, the court needs briefing that better correlates the parties' respective arguments with each specific discovery request in dispute.[1]  If arguments apply to more than one discovery request, the parties may reference back to the pertinent portion of the briefing regarding the earliest discussed discovery request (by page and line numbers) for the repeated portion of the argument.  The parties shall endeavor to address each issue raised by the other side.  Toward that end, the parties should exchange multiple drafts so that they each have an opportunity to revise their own portions of the document to respond to each point raised by the other side.

Dated: *3/12/2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The federal rules do not authorize courts to compel information or documents *per se*, they authorize courts to compel an answer to a specific interrogatory or production of documents in response to a specific document request.  *See*, FED.R.CIV.PRO. 37(a)(3)(B).  Thus, the discussion must focus on each specific discovery request rather than unmoored categories of information or documents.