UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., and JEFFREY MARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>Defendant. | Case No. C 07 4487 RMW (PVT)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL** |

Before the Court is Plaintiffs' Motion To File Document Under Seal. The Court has reviewed the submissions of the parties. The Court finds that Plaintiffs have demonstrated good cause. The Court hereby GRANTS Plaintiffs' Motion To File Document Under Seal. Exhibit D of Plaintiffs' Renewed Motion To Compel Discovery Responses shall be filed under seal.

Dated: _____9/30_____, 2010      _____
                                       PATRICIA V. TRUMBULL
                                       United States Magistrate Judge