COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISSING LINK, INC., d/b/a BATH PLUS INC., and JEFFREY MARKS individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>EBAY INC.,<br><br>  Defendant. | Case No. 07 cv 04487 RMW (PVT)<br><br>**ORDER GRANTING DEFENDANT eBAY INC.'S MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL** |
| MICHAEL EWERT, on behalf of himself and for the benefit of all with common or general interest, any persons injured, and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>EBAY INC., and DOES 1 THROUGH 100, inclusive<br><br>  Defendant. | Case No. 07 cv 02198 RMW (PVT) |

**[PROPOSED] ORDER GRANTING eBAY'S MOTION
TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 07 CV 04487 RMW**

Having reviewed Defendant eBay Inc.'s ("eBay") Motion to File Portions of Documents Under Seal and eBay's Declaration in support thereof, the Court finds the parties have demonstrated good cause to seal the portions of the following documents which have been redacted by eBay:

- eBay's Opposition to Plaintiffs The Missing Link, Inc. and Jeffrey Marks' Renewed Motion to Compel;

- January 13, 2010 Meet and Confer Letter from Sarah Boot, outside counsel for eBay, to Ilan Chorowsky, counsel for Plaintiffs.

The Court hereby GRANTS Plaintiffs' Motion to File Portions of Documents Under Seal.

IT IS SO ORDERED.

Dated: ____9/30_____, 2010       By: *Patricia V. Trumbull*
                                    Hon. Patricia V. Trumbull
                                    United States Magistrate Judge

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER GRANTING EBAY'S MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL
CASE NO. 07 CV 04487 RMW